# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>(1) Tiawana Brown<br>*Defendant* | )<br>)  Case No. 3:25-CR-106-KDB<br>)<br>)<br>)<br>) |

**FILED**
**Charlotte**
**5/23/2025**
U.S. District Court
Western District of N.C.

RECEIVED
UNITED STATES MARSHAL
8:36 am, May 22 2025
WESTERN NORTH CAROLINA
CHARLOTTE

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  (1) Tiawana Brown ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1349 - Wire Fraud Conspiracy

Date: 05/21/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 5-22-25 , and the person was arrested on *(date)* 5-22-25
at *(city and state)* CHARLOTTE, NC .

Date: 5-23-25

*Arresting officer's signature*

B. ROYALS, AUSM
*Printed name and title*

Case: 3:25-cr-00106-KDB-SCR  Document 3  Filed 05/21/2025  Page 1 of 1
Case 3:25-cr-00106-KDB-SCR  Document 20  Filed 05/23/25  Page 1 of 1