## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CRIMINAL ACTION NO. 3:25-CR-00106-KDB-SCR

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **TIAWANA BROWN, TIJEMA BROWN, AND ANTIONETTE ROUSE,** | |
| **Defendants.** | |

**THIS MATTER IS BEFORE THE COURT** on its own motion and the motion of Defendant Antionette Rouse (Doc. No. 54) to continue this matter from January 5, 2026. Pursuant to 18 U.S.C. § 3161(h)(7)(A), and for the reasons stated in the Motion, the Court finds the ends of justice served by continuance outweigh the interest of the public and Defendant to a speedy trial. The Court will also extend the deadline for motions under Rule 12(b)(3), as requested by the Defendant, until January 19, 2026.

The Court further finds that the other Defendants' cases are "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," 18 U.S.C. § 3161(h)(6), and that failure to continue this matter would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and Defendants to a speedy trial.

**IT IS THEREFORE ORDERED** that trial of this matter be scheduled for the next term of court. The Clerk is directed to certify copies of this Order to Defendants, Counsel for

Defendants, the United States Attorney, the United States Marshals Service, and the United States

Probation Office.

      **SO ORDERED.**
Signed: December 5, 2025

Kenneth D. Bell
United States District Judge