U.S. SMALL BUSINESS ADMINISTRATION

**WASHINGTON, DC 20416**

March 16, 2026

**VIA EMAIL**
United States District Court
ATTN: Probation Officer Caiti Harris
North Carolina Western - Probation Office
401 West Trade Street, Suite 1100
Charlotte, North Carolina 28202
Caiti_Harris@ncwp.uscourts.gov

RE: United States v. Tiawana Brown; Case No. 3:25-cr-00106

Dear Officer Harris,

Please find enclosed the Small Business Administration's Declaration of Victim Losses with Exhibits for submission in the above-referenced matter. Also, enclosed is the Certificate of Debt for PPP loan [redacted]8906, showing that the PPP loan principal was paid back in full to the bank lender. This payment information was provided by the bank lender to SBA.

Please do not hesitate to contact us if you require further information.

Best Regards,

Shantal Phillips

Shantal Phillips
Paralegal Specialist
Office of General Counsel
U.S. Small Business Administration
409 3rd Street SW, Rm: 7105
Washington, D.C. 20416
Shantal.Phillips@sba.gov

**Small Business Administration**

| 1502 Reporting | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | Tiawana Brown | | | **Ending Balances** | | | |
| **Loan Program** | 1050 - PPP Program - CARES | | | | **Transcript** | **LAS/ELIPS** | **Difference** |
| **Loan Number** | [redacted]8906 | **Current Loan Status Code** | 5 | **Principal Balance** | $0.00 | $0.00 | $0.00 |
| **Loan Approval Date** | 04/27/2021 | **Loan Type** | 7 | **Accrued Int Balance** | $0.00 | $0.00 | $0.00 |
| | | | | **Payable Balance** | $-20,833.00 | $0.00 | $-20,833.00 |

**PPP Guaranty Balances**

| Loan Approval | Lender Payments | Lender Balance | Forgiveness Principal | Forgiveness Interest | PPP Processing Fee | Total |
|---|---|---|---|---|---|---|
| $20,833.00 | $20,833.00 | $0.00 | $0.00 | $63.36 | $2,500.00 | $2,563.36 |

**1502 Summary**

| Load Date | Source | INT Rate | Report Date | Interest Paid to Date | Interest | Principal Paid | Next Installment Date | Lender Loan Number | Disburse Amount | GSS | Oustanding Balance Amount | Undisbursed Amount | Ongoing Service Fee | Extract Date | MF Upload Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/18/2021 | FTA | 1.000% | 08/31/2021 | 08/24/2021 | $63.36 | $20,833.00 | | [redacted] | $0.00 | 6 | $0.00 | $0.00 | $0.00 | 09/25/21 | 09/25/2021 |
| 07/20/2021 | FTA | 1.000% | 06/30/2021 | 05/05/2021 | $0.00 | $0.00 | 08/01/2022 | | $0.00 | 1 | $20,833.00 | $0.00 | $0.00 | 07/20/21 | 07/20/2021 |
| 05/08/2021 | FTA | 1.000% | 04/30/2021 | 05/05/2021 | $0.00 | $0.00 | 08/01/2022 | | $20,833.00 | 1 | $20,833.00 | $0.00 | $0.00 | 05/08/21 | 05/08/2021 |

LISTED ABOVE IS A TRANSCRIPT OF ACCOUNT AS OF THE DATES INDICATED, TAKEN FROM THE RECORDS OF THIS AGENCY.

Authorized Signature *Donald N Persichitte*

Date 03/05/2026

**SMALL BUSINESS ADMINISTRATION**
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFICATE OF INDEBTEDNESS

I, Donald Persichitte, Lead Accountant, Loan Accounting Branch, Program Accounting Division, Office of Performance, Planning, and the Chief Financial Officer, Small Business Administration, do hereby certify as such officer that I have the authority to make this Certificate and that the financial records of said Small Business Administration are under my custody including the records which are maintained in connection with a loan to: Tiawana Brown [redacted]8906

Enclosed is a Statement of Account and 1502 Report History relating to said loan, certified as true by, Donald Persichitte, Lead Accountant, Program Accounting Division, Loan Accounting Branch, Office of Performance, Planning, and the Chief Financial Officer, Small Business Administration. Said Statement of Account and 1502 Report History are true and correct to the best of my personal knowledge and from my examination of the books and records of the Small Business Administration with respect to said loan and are hereby incorporated with and made part of this certificate.

Executed this Thursday 5th of March 2026

Donald N Persichitte
Donald Persichitte, Lead Accountant
Authorized Signature and Title

I, Jerry Klein, a Notary Public in and for the State of Colorado, do hereby certify that the above-named Accountant signed this document, is employed by the United States Small Business Administration, and that such officer has custody of the official financial records of the Small Business Administration.

My commission expires:03/15/2028

Jerry Klein

E Notary 20244010885-558484

**SMALL BUSINESS ADMINISTRATION**
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of 03/05/2026

---

Loan Number: [redacted]8906
Lender Name: [redacted]
Borrower Name: Tiawana Brown
Borrower Address: [redacted]

Total Amount Disbursed by Lender to Borrower:

| | | |
|---|---|---|
| Loan | $20,833.00 | |
| Less: Principal Payments | $20,833.00 | |
| Less: Principal Forgiveness | $0.00 | |
| Lender Principal Balance | | $0.00 |

Total Amount Disbursed by SBA to Lender:

| | | |
|---|---|---|
| Principal Forgiveness | $0.00 | |
| Add: Interest Forgiveness | $63.36 | |
| Add: PPP Processing Fee | $2,500.00 | |
| SBA Charges Outstanding | | $2,563.36 |
| Total Indebtedness | | $2,563.36 |

---

| Last 1502 Report Date | Interest Paid Through |
|---|---|
| 08/31/2021 | 08/24/2021 |

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

Donald N Persichitte

Donald Persichitte, Lead Accountant
Authorized Signature and Title
SBA FORM 596 B (8-81)

03/05/2026
Date

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No. 3:25-CR-00106-KDB-SCR |
| | ) | |
| TIAWANA BROWN | ) | |

## DECLARATION OF VICTIM LOSSES

The U.S. Small Business Administration is a victim in the above referenced case and as a result of the criminal offense(s) committed by the Defendant is entitled to restitution in the total amount of **$23,683.25**. The U.S. Small Business Administration's specific losses as a result of the offense(s) are summarized as follows:

A. EIDL Loan [redacted]7805 and Grant Advances [redacted]2018

1. The total amount of EIDL loan principal disbursed to the Defendant is $7,500.00. See the Certified Statement of Account (CSOA), Exhibit "A" attached hereto, dated March 5, 2026, certified by Donald Persichitte, Lead Accountant, Loan Accounting Branch, Program Accounting Division, Office of Performance, Planning, and the Chief Financial Officer, Small Business Administration.

2. To the best of SBA's knowledge, no principal payments have been made on the EIDL loan to-date.

3. The total amount of interest accrued on the EIDL loan, as of March 5, 2026, is $1,183.25. See Exhibit "A", CSOA.

4. The interest rate on the EIDL loan is 2.750%. The EIDL loan accrues interest at a total rate of $0.57 per day. See Exhibit "A", CSOA.

5. The SBA paid to Defendant a total of $15,000.00 in EIDL grant advances. See Exhibit "B", Proofs of Payment, attached hereto.

The U.S. Small Business Administration declares under penalty of perjury the foregoing is true and correct. Executed this 16th day of March 2026.

Anthony Parham

Anthony Parham
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street SW, Rm: 7200
Washington, D.C. 20416
(202) 205-6246
Anthony.Parham@sba.gov

## EXHIBIT LIST

1. Exhibit A, page 1 – EIDL Loan [redacted]7805 CSOA
2. Exhibit B, page 2 – 4 – EIDL Grant Advance [redacted] 018 Proofs of Payment

**SMALL BUSINESS ADMINISTRATION**
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of 03/05/2026

(Interest accrued on unpaid balance through above date)

Loan Number: [redacted]7805
Borrower Name: Beauty after the bars
Borrower Address: [redacted]

Total Amount Disbursed:

| | | |
|---|---|---|
| Loan | $7,500.00 | |
| Care and Preservation of Collateral | $0.00 | |
| Recoverable Expenses | $0.00 | |
| Total Amount Disbursed | | $7,500.00 |
| Less: Repayments | | $0.00 |
| Current Balance | | $7,500.00 |
| Add: Accrued Interest | | $1,183.25 |
| Total Charges Outstanding | | $8,683.25 |
| Less: Escrow Balance | | $0.00 |
| Total Indebtedness | | $8,683.25 |

Interest rate on loan is 2.750%. Interest calculated thru 03/05/2026 Daily interest rate is currently accruing at a rate of $0.57 per day.

| Date of Last Transaction | Interest Paid Through |
|---|---|
| 08/14/2023 | 06/10/2020 |

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

Donald N Persichitte
Donald Persichitte, Lead Accountant
Authorized Signature and Title
SBA FORM 596 B (8-81)

03/05/2026
Date

## Welcome to the
# Treasury Check Information System (TCIS)

*** CONTROLLED UNCLASSIFIED INFORMATION ***

BFS Home | About TCIS | Help | TCIS Profile | Logout

Check/ACH Query | Payee Query | Payment Listing | Payment Details | Payment History | Claim Detai

| | | | |
|---|---|---|---|
| **Payee ID:** | [redacted] | **TRACE NUMBER:** | [redacted] |
| **Payee Name:** | Beauty after the bars | **ALC:** | [redacted] |
| **Payment Date:** | 06/26/2020 | | |
| **Payment Amount:** | $3,000.00 | **TAS:** | [redacted] |
| **Schedule Number:** | [redacted] | **BETC:** | DISB |
| **Payment Status:** | PAYMENT HAS BEEN PROCESSED | | |
| **Payee's FI C/S DAN:** | [redacted] | | |
| **FI RTN:** | [redacted] | | |
| **FI Name:** | | | |
| **FI Address:** | | | |
| | FORT WORTH, TX 76155 | **FI Phone:** | (817) 952-4350 |
| **Cancellation Date:** | | **Cancel Schedule#** | |
| **Reason For Return:** | | **Orig Return Reason Code:** | |

Initiate a Stop Request on this Payment?

Exhibit B, page 2

# Welcome to the Treasury Check Information System (TCIS)

*** CONTROLLED UNCLASSIFIED INFORMATION ***

BFS Home | About TCIS | Help | TCIS Profile | Logout

Check/ACH Query | Payee Query | Payment Listing | Payment Details | Payment History | Claim Detai

| | | | |
|---|---|---|---|
| **Payee ID:** | [redacted] | **TRACE NUMBER:** | [redacted] |
| **Payee Name:** | Beauty after the bars | **ALC:** | [redacted] |
| **Payment Date:** | 05/10/2021 | | |
| **Payment Amount:** | $7,000.00 | **TAS:** | [redacted] |
| **Schedule Number:** | [redacted] | **BETC:** | DISB |
| **Payment Status:** | PAYMENT HAS BEEN PROCESSED | | |
| **Payee's FI C/S DAN:** | [redacted] | | |
| **FI RTN:** | [redacted] | | |
| **FI Name:** | | | |
| **FI Address:** | | | |
| | FORT WORTH, TX 76155 | **FI Phone:** | (817) 952-4350 |
| **Cancellation Date:** | | **Cancel Schedule#** | |
| **Reason For Return:** | | **Orig Return Reason Code:** | |

Initiate a Stop Request on this Payment?

Exhibit B, page 3

# Welcome to the Treasury Check Information System (TCIS)

*** CONTROLLED UNCLASSIFIED INFORMATION ***

BFS Home | About TCIS | Help | TCIS Profile | Logout

Check/ACH Query | Payee Query | Payment Listing | Payment Details | Payment History | Claim Detai

| | | | |
|---|---|---|---|
| **Payee ID:** | [redacted] | **TRACE NUMBER:** | [redacted] |
| **Payee Name:** | Beauty after the bars | **ALC:** | [redacted] |
| **Payment Date:** | 05/18/2021 | | |
| **Payment Amount:** | $5,000.00 | **TAS:** | [redacted] |
| **Schedule Number:** | [redacted] | **BETC:** | DISB |
| **Payment Status:** | PAYMENT HAS BEEN PROCESSED | | |
| **Payee's FI C/S DAN:** | [redacted] | | |
| **FI RTN:** | [redacted] | | |
| **FI Name:** | | | |
| **FI Address:** | | | |
| | FORT WORTH, TX 76155 | **FI Phone:** | (817) 952-4350 |
| **Cancellation Date:** | | **Cancel Schedule#** | |
| **Reason For Return:** | | **Orig Return Reason Code:** | |

Initiate a Stop Request on this Payment?

Exhibit B, page 4