**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cr-00106-KDB-DCK |
| | ) | |
| (3) ANTIONETTE ROUSE | ) | |

**DECLARATION OF VICTIM LOSSES**

The U.S. Small Business Administration is a victim in the above referenced case and as a result of the criminal offense(s) committed by the Defendant is entitled to restitution in the total amount of **$56,798.42**. The U.S. Small Business Administration's specific losses as a result of the offense(s) are summarized as follows:

A. PPP Loans (Total Amount Disbursed by SBA to Lender):

1. The total amount of loan principal paid in forgiveness, or loan principal purchased, is $41,666.00. See the Chart of PPP Debt Summary, Exhibit "A" attached hereto. See the Certified Statements of Account (CSOAs), Exhibit "B" attached hereto, dated September 8, 2026, certified by Vikki Matamoros, Lead Accountant, Loan Accounting Branch, Program Accounting Division, Office of Performance, Planning, and the Chief Financial Officer, Small Business Administration.

2. To the best of SBA's knowledge, no principal payments have been made on these loans to-date.

3. The total amount of forgiven interest, or interest on the loans at the time of purchase, is $132.42. See Exhibit "A" and corresponding CSOAs.

4. The total amount of PPP administrative fees paid to the lender at the origination of the loans is $5,000.00. See Exhibit "A" and corresponding CSOAs.

B. EIDL Grant Advance

1. The SBA paid to Defendant $10,000.00 in an EIDL grant advance. See Exhibit "A" and corresponding Proof of Payment, Exhibit "C" attached hereto.

The U.S. Small Business Administration declares under penalty of perjury the foregoing is true and correct. Executed this 10th day of September 2026.

Anthony Parham

______________________________

Anthony Parham
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street SW, Rm: 7200
Washington, D.C. 20416
(202) 205-6246
Anthony.Parham@sba.gov

# EXHIBIT A

**1 page**

## CHART OF PPP DEBT SUMMARY

| Loan Type | Loan No. | Principal Forgiveness/ Purchased | Interest Forgiven/ Accrued | PPP Administrative Fee | SBA Total Indebtedness |
|---|---|---|---|---|---|
| PPP | [redacted]8804 | $20,833.00 | $85.62 | $2,500.00 | $23,418.62 |
| PPP | [redacted]9004 | $20,833.00 | $46.80 | $2,500.00 | $23,379.80 |
| | **TOTALS** | $41,666.00 | $132.42 | $5,000.00 | **$46,798.42** |

## CHART OF EIDL DEBT SUMMARY

| Loan Type | Loan No. | Loan Amount | Recoverable Expenses | Less Principal Payments Made | Accrued Interest | Total Loan Amount | Application No. | Grant Advance Amount | SBA Total Indebtedness |
|---|---|---|---|---|---|---|---|---|---|
| EIDL | N/A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | [redacted]2483 | $10,000.00 | $10,000.00 |
| | **TOTALS** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $10,000.00 | **$10,000.00** |

# EXHIBIT B

## 2 pages

## INDEX

1. PPP Loan [redacted] 8804 CSOA
2. PPP Loan [redacted] 9004 CSOA

**SMALL BUSINESS ADMINISTRATION**
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of 09/08/2026

Loan Number: [redacted]8804
Lender Name: [redacted]
Borrower Name: Antionette Rouse
Borrower Address: [redacted]

Total Amount Disbursed by Lender to Borrower:

| | | |
|---|---|---|
| Loan | $20,833.00 | |
| Less: Principal Payments | $0.00 | |
| Less: Principal Forgiveness | $20,833.00 | |
| Lender Principal Balance | | $0.00 |

Total Amount Disbursed by SBA to Lender:

| | | |
|---|---|---|
| Principal Forgiveness | $20,833.00 | |
| Add: Interest Forgiveness | $85.62 | |
| Add: PPP Processing Fee | $2,500.00 | |
| SBA Charges Outstanding | | $23,418.62 |
| Total Indebtedness | | $23,418.62 |

| Last 1502 Report Date | Interest Paid Through |
|---|---|
| 09/30/2021 | 09/13/2021 |

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

Vikki Matamoros, Lead Accountant
Authorized Signature and Title
SBA FORM 596 B (8-81)

09/08/2026
Date

**SMALL BUSINESS ADMINISTRATION**
Office of Performance, Planning, and the Chief Financial Officer
Program Accounting Division
Loan Accounting Branch
Denver, CO 80259

## CERTIFIED STATEMENT OF ACCOUNT

As of 09/08/2026

---

| | |
|---|---|
| Loan Number: | [redacted]9004 |
| Lender Name: | [redacted] |
| Borrower Name: | Antionette Rouse |
| Borrower Address: | [redacted] |

Total Amount Disbursed by Lender to Borrower:

| | | |
|---|---|---|
| Loan | $20,833.00 | |
| Less: Principal Payments | $0.00 | |
| Less: Principal Forgiveness | $20,833.00 | |
| Lender Principal Balance | | $0.00 |

Total Amount Disbursed by SBA to Lender:

| | | |
|---|---|---|
| Principal Forgiveness | $20,833.00 | |
| Add: Interest Forgiveness | $46.80 | |
| Add: PPP Processing Fee | $2,500.00 | |
| SBA Charges Outstanding | | $23,379.80 |
| Total Indebtedness | | $23,379.80 |

---

| Last 1502 Report Date | Interest Paid Through |
|---|---|
| 08/31/2021 | 08/24/2021 |

Certified to be a true and accurate statement as reflected by the official accounting records of the Small Business Administration

Vikki Matamoros
Vikki Matamoros, Lead Accountant
Authorized Signature and Title
SBA FORM 596 B (8-81)

09/08/2026
Date

# EXHIBIT C

## 1 page

## INDEX

1. EIDL Grant Advance [redacted]2483 Proof of Payment

# Welcome to the
# Treasury Check Information System (TCIS)

*** CONTROLLED UNCLASSIFIED INFORMATION ***

BFS Home | About TCIS | Help | TCIS Profile | Logout

Check/ACH Query | Payee Query | Payment Listing | Payment Details | Payment History | Claim Detai

| | | | |
|---|---|---|---|
| **Payee ID:** | [redacted] | **TRACE NUMBER:** | [redacted] |
| **Payee Name:** | Antionette Rouse | **ALC:** | [redacted] |
| **Payment Date:** | 06/30/2020 | | |
| **Payment Amount:** | $10,000.00 | **TAS:** | [redacted] |
| **Schedule Number:** | [redacted] | **BETC:** | DISB |
| **Payment Status:** | PAYMENT HAS BEEN PROCESSED | | |
| **Payee's FI C/S DAN:** | [redacted] | | |
| **FI RTN:** | [redacted] | | |
| **FI Name:** | | | |
| **FI Address:** | | | |
| | RALEIGH, NC 27605 | **FI Phone:** | (888) 732-8562 |
| **Cancellation Date:** | | **Cancel Schedule#** | |
| **Reason For Return:** | | **Orig Return Reason Code:** | |
| **Source of Return:** | | | |