September 8, 2026

Re: Character Reference for Tiawana Brown

My name is Mark Jerrell, and I serve as Chairman of the Mecklenburg County Board of County Commissioners. I want to be clear that I am writing this letter in my personal capacity as a friend, colleague in the work of community advocacy, and fellow public servant, and not on behalf of the Mecklenburg County Board of County Commissioners.

I have known Tiawana Brown for over a decade, and during that time I have had the opportunity to collaborate with her, watch her serve our community, and call upon her when people in our community needed help or advocacy.

I am not writing to judge, defend, explain, or offer an opinion about the circumstances that bring her before the Court, but I do believe it is important to ensure that as the Court considers the matter before it, there is additional context about the whole person and the woman I have known for many years.

The Tiawana that I know has been an incredible advocate for people, particularly some of the most vulnerable people in our community. What I respect most about her is that her commitment to service is not just something she talks about. She has been a fierce advocate, even when that advocacy has meant challenging powerful or influential interests and I have witnessed that in those circumstances, she has continued to champion our most marginalized residents and people whose voices are not always heard in the corridors and halls of power.

Over the years, there have been many occasions when I have reached out to Tiawana because someone needed help, a family needed support, an issue affecting vulnerable residents needed attention, or our community simply needed someone willing to step up. Each time I called, she answered the call. She has done so without hesitation or reservation and with no expectation of personal gain, recognition, or attention. If there was an opportunity to help someone, particularly someone who might otherwise be overlooked, my experience has been that Tiawana was and is willing to help, which says a great deal to me about her character.

As a public servant, I meet a lot of people who care deeply about our community, but I have learned that there is a difference between caring about an issue and being willing to put yourself in the middle of the work, which Tiawana has consistently done.

I also believe that her personal story matters as it reflects a story of redemption, perseverance, and triumph. She has experienced difficult seasons in her own life, but instead of allowing those experiences to define or defeat her, she has used them to help

other people and taken her story and used it as a platform to remind people that where you have been does not have to determine where you are going.

Her message has inspired people here in Mecklenburg County and far beyond our community. She has become a champion for formerly incarcerated individuals, women, families, and people who are simply looking for another opportunity to get their lives moving in the right direction. I have tremendous respect for that.

I have witnessed how easy it is for people to be defined by one chapter or one difficult season in their lives. That is why it is important for me to share what I know personally about Tiawana. I know her as a woman who cares deeply about people. I know her as someone who has fought for people who did not always have someone fighting for them and as someone who has used her own life experiences to encourage others. I also know her as someone who has been willing to stand beside people during some of the most difficult moments of their lives.

I respect the responsibility of the Court and understand that there are matters before the Court that are beyond anything to which I can speak. My sole purpose in writing is to share what I personally know about Tiawana's character, service, and humanity so that the Court has a complete picture of the person I have come to know over the better part of a decade.

In closing, Tiawana is my friend, a colleague in the work of community advocacy, a fellow public servant, and someone I admire and respect. Her story and advocacy have had a tremendous impact on this community and throughout the country. Our community is better because she has been willing to use her voice, her experiences, and her platform on behalf of others, particularly those who have too often felt unseen, unheard, or forgotten.

Thank you for the opportunity to share my personal experience with Tiawana Brown and to provide additional context about the person I know.

With respect,

Mark Jerrell
Chairman, Mecklenburg County Board of County Commissioners

*This letter is submitted in my personal capacity as a friend, colleague in community advocacy, and fellow public servant and not on behalf of the Mecklenburg County Board of County Commissioners.*

**The Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

Dear Judge Bell:

My name is Pierre, and I am writing this letter because I want the Court to know what Tiawana Brown and the program she created have meant in my life.

I came to know Tiawana around the time she took her oath of office in December 2023. At that time in my life, **I was homeless and living in my truck during the winter without heat.** I did not have a stable place to call home, and I was introduced to Tiawana through another person who was participating in her housing program.

Tiawana was operating housing for people who needed stability and an opportunity to rebuild their lives. Her program maintained separate homes for men and women and worked with organizations in the community that served people returning from the criminal justice system.

When Tiawana gave me an opportunity to enter the men's home, she made something very clear to me from the beginning: **there were rules, there were expectations, and if I wanted to remain in the program, I had to follow them.**

She gave me an opportunity, but she also expected something from me.

I needed that.

I can say from my heart that **Tiawana saved my life and restored hope in me at a time when I did not know where I was going to go.** I went from sleeping in my truck during the winter with no heat to having a safe and stable place to live.

Nearly three years later, **I am still in the program. I am working, I am doing well, and I am no longer homeless.**

But what this program gave me was bigger than simply having a roof over my head. Having a stable home also gave me a place where I could spend time with my son. **I am able to have visitation with my son at the home, and being able to rebuild that relationship with my child has meant everything to me.**

I believe the stability I received through Tiawana's program helped make that possible.

Judge Bell, I want you to understand what that means to someone who once spent winter nights sleeping in a truck without heat. Having somewhere warm and safe to sleep is important, but having a home where your child can come and spend time with you gives you something even greater: **dignity, responsibility, stability, and hope.**

Tiawana did not do everything for me. She required me to do my part. She made it clear that if I followed the rules, respected the home, and did what was expected of me, I could remain in the program and continue working toward stability.

**That accountability mattered to me.**

Over the time I have known Tiawana, I have also watched her continue to be present for the people in her program even while dealing with serious challenges of her own. She continues to make sure that the house is not simply somewhere for us to stay, but somewhere we can call home while rebuilding our lives.

I know Tiawana as the person who gave me an opportunity when I desperately needed one. I know her as someone who believed I could do better while also expecting me to do better. And I know what my life looked like before I entered her program compared with what it looks like today.

**Before this program, I was sleeping in my truck in the winter without heat. Today, I have a safe place to live, I am working, I am doing well, and I have a home where I can spend time with my son.**

That is why I wanted to write this letter.

When I say Tiawana saved my life and restored hope in me, **those are my words because this is my life. I am living the difference her program made for me.**

Thank you for taking the time to hear my story and to consider the Tiawana Brown that I have personally come to know.

Respectfully,

**Pierre**

**September 10, 2026**

**Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

**Re: *Character Reference for Tiawana Brown***

Dear Judge Bell:

I am Alesha S. Brown, Esq., an attorney licensed to practice in our great state of North Carolina and in New York. I am also a community leader here in Charlotte who invests in programming centered around assisting senior citizens, youth involved with the criminal system, and educating and engaging voters. I offer this letter of support for Tiawana Brown (hereinafter "Ms. Brown"). I have known Ms. Brown since 2018 and have worked with her on several community initiatives that enrich lives, support our most vulnerable neighbors, and improve the overall strength, safety and stability of the Charlotte-Mecklenburg community and beyond. Specifically, Ms. Brown and I have worked together assisting formerly incarcerated women find meaningful employment and housing, serving low-income and at-risk youth, educating and engaging voters, and more.

Throughout our time serving the community together, Ms. Brown has demonstrated an unwavering commitment to organizing, advocating, and working alongside other community servants for the overall betterment of our community. Since 2018, Ms. Brown has remained ready and willing to be present, build relationships, connect people in need of resources, and serve as a resource herself. Simply put, I have witnessed Ms. Brown's work in the community, and it is admirable, impactful, selfless, and invaluable.

As an attorney and community servant, I understand the seriousness of the matter before the Court, and I do not write to minimize that responsibility or to provide any opinion or statements regarding such circumstances. However, I feel compelled to provide a letter of support for Ms. Brown because I have witnessed the value she brings to collaborative community work, and I believe she continues to have a lot more to contribute to this community. Accordingly, I respectfully request that Your Honor consider Ms. Brown's service and demonstrated commitment to helping advance our community. Thank you for your time and consideration.

**Respectfully Submitted,**

**Alesha S. Brown, Esq.**

Honorable Kenneth D. Bell
United States District Court

September 13, 2026

Dear Judge Bell:

My name is Tarra Simmons, and I am a State Representative in Washington's 23rd Legislative District and an attorney. I share this background because, as a formerly incarcerated woman, I understand how difficult it can be to overcome the circumstances that often accompany incarceration. I also understand the importance of having people in our lives who provide encouragement, accountability, and hope. Tiawana Brown has been that person for me and for countless other women.

I respectfully ask that you consider Tiawana's character, her contributions to her community, and the many people who rely on her leadership and support when determining her sentence.

I first met Tiawana in 2016, when I was a law student and became involved with the National Council of Incarcerated and Formerly Incarcerated Women and Girls. The organization was founded in 2015, and I had the privilege of serving alongside Tiawana on its Board of Directors. Through that work, I saw firsthand her commitment to helping women who have experienced incarceration and other significant hardships. The organization has since helped thousands of women find healing, hope, and opportunity.

Tiawana consistently demonstrated the qualities that make someone an effective leader. She was responsible, dependable, and committed to following through on her promises. More importantly, she gave generously of her time, talents, and compassion to others.

Many of the women involved in our organization, including me, came from difficult circumstances. We experienced poverty, abuse, neglect, and violence, and rebuilding our lives has often required learning to trust others again. For women who have been hurt repeatedly, finding people who understand our experiences and genuinely support our growth can be transformative.

Tiawana earned my trust through her consistency. She encouraged others, offered practical support, and remained committed to helping women move forward. Her influence has extended far beyond the work we did together.

Although we now live approximately 3,000 miles apart, Tiawana remains someone I can turn to for encouragement and practical advice. We typically see one another at least once a year, have spoken together at numerous events, and completed a leadership program together. Over nearly a decade, I have had many opportunities to observe her character, values, and commitment to others.

For these reasons, I was deeply saddened and surprised to learn of her conviction for a new offense. It is difficult to reconcile that conviction with the woman I have known for nearly ten years. I do not intend to minimize the seriousness of the offense or suggest that accountability is unnecessary. Rather, I respectfully ask that the Court consider the full picture of who Tiawana is and the positive impact she continues to have on others.

Tiawana's support is particularly meaningful to women who are working to build better lives, as well as to her daughters and other family members. Her absence would have consequences that extend beyond her personally. Many people look to her for encouragement, guidance, and an example of what is possible after hardship and incarceration.

Accountability can take many forms. I respectfully ask the Court to consider the significant losses and consequences Tiawana has already experienced, along with the potential unintended harm that additional incarceration could have on the people who depend upon her. I believe that preserving her ability to continue serving and supporting others can itself be a meaningful form of accountability and rehabilitation.

Thank you for taking the time to consider my perspective and Tiawana's contributions to her community. If I can provide any additional information, please do not hesitate to contact me at (360) 649-8378.

Respectfully,

Tarra Simmons

**To the Honorable Judge Kenneth D. Bell:**

My name is Robert Dawkins, and I have known Tiawana Brown for well over a decade through community organizing, civic engagement work, and neighborhood-based outreach in Charlotte. I first met her while working alongside Action NC, and from the very beginning, I saw a person whose commitment to low-income residents wasn't a slogan—it was her daily practice. Over the years, I have watched her show up for people in ways that many leaders talk about but rarely do.

I have personally witnessed her character, her leadership, and her deep sense of service in moments that were not public, not glamorous, and not tied to any title. Long before she held elected office, Tiawana was one of the first people in Charlotte to go directly into neighborhoods to build support for violence interruption programming. She didn't wait for permission or a press conference; she walked door to door, sat on porches, listened to families, and used her credibility to help people understand that these programs were meant to protect them, not police them. That willingness to meet people where they are—literally—is at the core of who she is.

One experience that stays with me happened during the height of COVID-19. Misinformation was everywhere, and many residents in Southside Homes didn't trust what they were hearing about vaccines. Tiawana didn't lecture them or shame them. She came with us door to door, using her longstanding relationships to calm fears, answer questions, and help people make informed decisions. People opened their doors to her because they trusted her. They listened because she had earned that trust over years of showing up. That afternoon was one of the clearest examples of who she is beyond any title: a woman who uses her voice to serve her community, not elevate herself.

Her impact has been felt across Charlotte in many ways. She has worked with young women returning from incarceration, helping them navigate reentry with dignity and hope. She has been a steady advocate for low-income families who often feel unheard in city processes. And while serving on City Council, she created an opportunity that brought young people from low-income neighborhoods into the Government Center to sit at the dais and hold public hearings about youth issues. For many of those young people, it was their first experience being inside government, being taken seriously, and seeing themselves as part of the civic fabric of Charlotte. That experience didn't just teach them about government—it showed them that their voices mattered.

I have seen firsthand how many people in Charlotte look to Tiawana because she brings their voices into rooms where they are too often missing. Her community voice is well known, respected, and trusted. She is one of the rare leaders who can walk into a neighborhood meeting, a church fellowship hall, or a City Council chamber and be received with respect. That is not automatic. **That is earned.**

Because of all this, I believe her absence through incarceration would have a profound impact on the people who depend on her. The young women she mentors, the families she advocates for, the neighborhoods she serves, and the youth she brings into civic spaces would lose a trusted guide. Charlotte would lose an important bridge between government and community—someone

who can translate policy into real-world impact and bring real-world community concerns into policy conversations.

**I believe there is far more gained by having Tiawana Brown working on behalf of the community than by removing her from it.** Her presence strengthens families, neighborhoods, and civic institutions, and her absence would be felt by many of the people and communities she has served.

Thank you for considering my perspective. I offer it based on more than a decade of direct experience with Tiawana and deep respect for the work I have personally witnessed her do.

Sincerely,

**Robert Dawkins**
Political Director
Action NC

Coalition Organizer
SAFE Coalition NC

1817 Central Avenue, Suite 209
Charlotte, NC 28205
(704) 957-3105
robert@actionnc.org

RREPS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CHARACTER LETTER IN SUPPORT OF TIAWANA BROWN**

**To the Honorable Judge Kenneth D. Bell:**

My name is Kerwin Pittman, and I am the Founder and Executive Director of Recidivism Reduction Educational Program Services, Inc. (RREPS), a 501(c)(3) nonprofit organization dedicated to reducing recidivism and creating pathways to successful reentry for justice-impacted individuals across North Carolina. I am writing in support of Tiawana Brown and to share my perspective on her character, leadership, and continued value to our communities.

I first met Tiawana in 2017 in Raleigh, North Carolina, through the State Reentry Council Collaborative (SRCC). We came into that space as people with lived experience who were committed to improving reentry and outcomes for justice-impacted people across our state. Tiawana had been selected to participate in work focused on women and incarceration, and from those early interactions, I came to know someone who was willing to bring not only her voice to the table, but her lived experience and commitment to the people most directly affected by the criminal justice system.

Over nearly a decade, I have watched Tiawana continue to grow in leadership while remaining committed to the communities that brought us into this work in the first place. Through my interactions with her and my knowledge of her work, I have come to know her as a woman of resilience, compassion, leadership, and service. She has consistently used her experiences to help other people see possibilities beyond their circumstances.

As someone who is also directly impacted by the criminal justice system, I understand personally what it means to rebuild a life and then use that life to reach back for others. That is one of the things I respect about Tiawana. She has not allowed the difficult chapters of her life to prevent her from serving. Instead, she has used those experiences to connect with people who are often overlooked and to demonstrate what is possible beyond incarceration.

One of Tiawana's greatest strengths is her ability to connect with people. She can meet people where they are, encourage them, and help them see possibilities for themselves that they may not yet see. Her leadership is rooted in lived experience, compassion, accountability, and a genuine desire to see other people succeed.

RREPS

I am also familiar with Tiawana's work through Beauty After the Bars and her broader community advocacy. She has built an established record of service to women, families, and justice-impacted communities. She is not someone who is beginning to understand the importance of reentry, mentorship, and second chances. I have watched her spend years doing this work.

For that reason, I do not view Tiawana simply as someone who can benefit from the reentry work RREPS is building. **I view her as someone who can contribute to it.**

RREPS is developing the Recidivism Reduction Campus in Goldsboro, North Carolina, with a focus on creating meaningful pathways and opportunities for justice-impacted individuals. As this work continues to grow, I would welcome opportunities for Tiawana to engage with our efforts through mentorship, leadership, advocacy, and sharing her lived experience with others who are navigating their own paths forward.

I believe people who have experienced the criminal justice system can become some of the strongest voices for helping others successfully navigate life after incarceration. Tiawana's journey demonstrates what can happen when lived experience is transformed into service and leadership.

I also know that Tiawana has a strong network of people who care about her and are willing to stand beside her. I am one of those people. My support is not limited to writing this letter. I am willing to continue standing with her, collaborating with her, and providing opportunities for her to use her leadership and lived experience in ways that benefit others.

As the Court considers the matter before it, I respectfully ask that you consider the whole person I have known since 2017—the woman I first met doing reentry work in Raleigh, the leader I have watched continue serving justice-impacted communities, and the person who still has much to contribute to people across North Carolina.

Thank you for considering my perspective and my support of Tiawana Brown.

Respectfully submitted,

**Kerwin Pittman**
Founder & Executive Director
Recidivism Reduction Educational Program Services, Inc. (RREPS)
(919) 520-1194
kerwin@rreps.net

**The Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

**Dear Judge Bell:**

My name is **Artie M. Brown**. I am retired from Novant Health, and Charlotte has been home to my family for our entire lives. Most importantly for the purpose of this letter, **I am Tiawana Brown's mother.**

I have thought long and hard about what I wanted to say to you because I don't know if there are enough words for a mother to explain what it feels like to watch her child go through something like this.

Tiawana asked me if I would come to court on September 22 and speak on my her behalf. **I cannot do it.**

I need you to know that my decision not to be there has nothing to do with how much I love or support my daughter and granddaughters. The truth is just the opposite.

**I love them so much that I don't believe my heart can take sitting in that courtroom.**

More than 30 years ago, I watched Tiawana go through the criminal justice system as a young woman. At that time, she was pregnant with my granddaughter **Tijema**, and **Antoinette was two years old**.

I remember my daughter being pregnant.

I remember that little two-year-old girl.

I remember being their mother and grandmother and trying to hold our family together.

**A mother doesn't forget those things.**

People may see something that happened more than 30 years ago and think it is simply part of the past. For me, as her mother, there are parts of it that have never completely left me.

And now, more than three decades later, I am looking at those same three women—**my daughter Tiawana, Antoinette, who was that little two-year-old girl, and Tijema, the baby Tiawana was carrying**—going through the court system together.

That has touched a place in me that is difficult to put into words.

When I told Tiawana I couldn't come to court, it wasn't because I didn't want to stand beside her.

**It is not because I don't care. It is because I remember.**

I remember what it felt like as a mother more than 30 years ago, and I simply cannot sit in another courtroom and relive those emotions while watching my daughter and my granddaughters standing there together.

On September 22, while they are in court, I will be caring for my great-grandson, **Byron Jr.**

There is something about that reality that brings tears to my eyes. More than 30 years ago, I was a mother and grandmother trying to help hold our family together. Now I am a great-grandmother, caring for another generation of our family while his mother, grandmother, and family are in court.

**So although I will not be sitting in the courtroom, I will still be doing what I have always done—being Mama and taking care of my family.**

Judge Bell, I have known Tiawana every day of her life.

I knew her before anybody called her Dr. Brown.

I knew her before she became an elected official.

I knew her before Beauty After the Bars.

I knew her before the awards, the speeches, the book, and the recognition.

**I know Tiawana simply as my daughter.**

I have seen her at her highest, and I have seen her at her lowest. I have seen her make mistakes. I have seen her struggle. I have seen her cry. And I have watched her get back up.

What makes me proudest is not a title she has held. It is what she chose to do with her life after experiencing some of its hardest moments.

She could have allowed her past to destroy her.

**She didn't.**

She raised her daughters. She worked. She went back to school. She served her community. She helped women coming home from incarceration. She tried to keep young people from making some of the mistakes she made. She opened her heart and her home to people who needed another chance because she knew what needing another chance felt like.

And through all of that, I watched her become the woman she is today.

I've also watched her give to people when she didn't have much herself. I've watched her answer calls when someone needed help. I've watched her carry other people's problems while carrying problems of her own.

Sometimes, as her mother, I have wondered, **"Tiawana, when are you going to take care of Tiawana?"**

That's my daughter.

The public may know one version of her. People may know the community leader, former councilwoman, advocate, author, or founder.

**But I know the woman who comes home.**

I know her love for her daughters. I know how much she loves her grandson. I know how deeply she loves her family. I know when she is hurting even when she tries to convince everybody else that she is strong.

Tiawana is **55 years old**, but I don't care how old your child gets.

**Your child is still your child.**

And Tiawana will always be my baby.

That is why this has been so difficult for me.

I cannot tell you how to do your job, Judge Bell. I cannot argue my daughter's case, and I will not try. I can only tell you about the human being I have known and loved for 55 years.

When Tiawana stands before you on September 22, I hope you will see all of her.

See the young woman who went through something difficult more than 30 years ago and still found a way to rebuild her life.

See the woman who raised her daughters.

See the grandmother.

See the daughter.

See the woman who has spent years serving people who sometimes had nobody else, including men and women impacted by jails and prisons in Charlotte and beyond.

And see a human being who is still growing, still learning, still serving, and still deeply loved.

I wish I could sit in your courtroom and tell you these things myself.

**But I cannot.**

What happened more than 30 years ago left wounds in this mother's heart that I still don't know how to explain. Watching my daughter and my granddaughters go through this together has opened some of those wounds again.

So, on September 22, **I am allowing this letter to go into that courtroom where I cannot.**

When you see my daughter standing before you, please know that somewhere outside of that courtroom is her mother praying for her.

I will be holding Byron Jr.

I will be thinking about Antoinette.

I will be thinking about Tijema.

And I will be thinking about the little girl I gave birth to 55 years ago who grew up to become the woman standing before you.

**My body may not be in your courtroom, Judge Bell, but this mother's heart will be there.**

Thank you for allowing me to tell you about my daughter.

Respectfully and from my heart,

**Artie M. Brown**
Mother of Tiawana Brown

**The Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

**Dear Judge Bell:**

My name is Chunta Olaseha, and I am writing this letter in support of my older sister, Tiawana Brown.

Tiawana and I are sisters, and I have known her my entire life—48 years. We were raised by the same mother, a single mother who did everything she could to provide us with love, guidance, and a strong foundation. Growing up together and continuing to share life as adults has given me the unique opportunity to see my sister not only as my sibling, but as a mother, aunt, advocate, caregiver, friend, and source of strength to so many people.

Throughout my life, my sister has been a constant source of unconditional support. She has shown up for me during every phase of my life, but her support became even more meaningful when I became a wife and mother. She has always been there for me and my family—my husband and our two children—without hesitation or expectation of anything in return.

One of the clearest examples of her character is the way she cares for my children. Tiawana regularly keeps her niece and nephew, often three or four times a year, and she does not hesitate to travel from North Carolina to Maryland to help us. Whether my husband and I need someone to care for the children while we travel, need assistance because of our schedules, or simply need a little time to recharge, she willingly makes the trip and steps in to help.

Her relationship with my daughter, who has special needs, is especially meaningful to me. Tiawana cares for her with tremendous patience, love, intention, and joy. She does not simply watch over my children; she genuinely invests in them. She makes them feel loved, valued, safe, and supported. **As a mother, knowing that I have someone I can trust completely with my children is something I cannot put a price on.**

What I have witnessed over the years is that the way Tiawana treats my family is not unique to us. She has consistently been the person our extended family turns to when someone needs help. We have family members who are not always in a position to handle everything independently, and Tiawana has become the person many of us can call when we need support. She steps in without hesitation. I have watched her give her time, energy, transportation, care, encouragement, and practical assistance to family members over and over again. She does these things because that is who she is—not because she expects recognition.

Tiawana's compassion extends beyond our family. Through Beauty After the Bars, volunteering, and her community work, she has dedicated herself to supporting women impacted by incarceration and people who are often overlooked or forgotten. But what is important to me as her sister is that the compassion people see publicly is the same compassion I have witnessed privately throughout my life. **The person the community knows is the same person our family knows.**

She listens. She cares. She encourages. Most importantly, **she shows up.**

Our family comes from humble beginnings. We were raised by a single mother who did her very best to give us the love and support we needed. I am grateful for the example our mother gave us, and I am equally grateful for the love and support I have continued to receive from my sister throughout my entire life. Tiawana has carried those values of love, service, resilience, and responsibility into her own life and into the lives of so many others.

The thought of my sister being absent from our family is deeply concerning to me. Her absence would have a profound impact on my family, particularly my children. She is the person I know I can call when I need help caring for my son or daughter. For my daughter, who has special needs, having someone who understands her, loves her, and cares for her with patience and compassion is especially important.

**Tiawana is not simply my sister; she is part of the support system that helps our family function.**

Her absence would also be felt by other members of our family and by people in the community who have come to depend on her encouragement, advocacy, and willingness to help. I know this because I have watched people turn to my sister throughout my life.

I do not believe that a person's character can be defined by one circumstance or one chapter of their life. I believe it is demonstrated through the way they treat people, the responsibilities they take seriously, the compassion they show, and the lives they touch. After 48 years of knowing Tiawana as my sister, I can say with confidence that she is a loving, giving, compassionate, and resilient person who has devoted much of her life to supporting her family and serving others.

I am truly blessed to have Tiawana in my life. **She has been my big sister for every day of my life, and throughout those 48 years, I have known that when I needed her, she would be there.** The love and support she has given me, my husband, and my children are a reflection of the person she is at her core.

I respectfully ask that you consider my experience with Tiawana and the character I have personally witnessed throughout our 48 years together as sisters. She is deeply loved by our family, needed by the people who depend on her, and valued by the many people whose lives she has touched.

Thank you for taking the time to consider my letter and my personal perspective on my sister's character.

Sincerely,

**Chunta Olaseha**

The younger sister of Tiawana D. Brown

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**CHARACTER LETTER IN SUPPORT OF TIAWANA BROWN**

**To the Honorable Judge Kenneth D. Bell:**

My name is Nerika Jenkins, and I am honored to write this letter in support of my friend, movement sister, and fellow community advocate, Tiawana Brown. I have known Tiawana since March 2015, and throughout the years, I have had the opportunity to know her not simply by her titles or accomplishments, but by the person she is when no one is watching.

Tiawana has been instrumental in my life. She is more than a movement sister to me—she is my friend, someone I know I can depend on, and someone who has demonstrated what it means to truly show up for another person during difficult moments.

There was a time when I was personally experiencing significant distress and needed someone to be there for me. Tiawana did not hesitate. She showed up—not with judgment or questions about what she could gain from the situation, but with genuine concern and compassion. She simply saw that I needed someone, and she was there. That experience says a great deal about her character, and it is something I will never forget.

I first met Tiawana during a difficult period when we were both experiencing grief and mourning, yet she welcomed me into her life without hesitation. Since then, I have watched her consistently demonstrate compassion, loyalty, strength, and a deep commitment to others. Her actions have shown me that service is not something she does merely for recognition. It is part of who she is.

Family means everything to Tiawana. She is deeply committed to the people she loves, and that same sense of care extends beyond her immediate family to her friends, community members, and people who are struggling. She has spent years building relationships with people who know they can call upon her when they need support, advocacy, encouragement, or simply someone willing to listen.

Tiawana's impact through her community and organizational work is difficult to measure because so much of what she does happens through personal relationships and genuine acts of service. She understands that leadership is not simply about having a position or title. Leadership is about responsibility, accountability, compassion, and being willing to stand beside people when they need you most. That is the kind of leader I have personally experienced Tiawana to be.

I have also witnessed her ability to bring people together and advocate for the people and communities she cares about. She gives of herself because she genuinely believes people matter. She has remained committed to serving others through difficult seasons in her own life, and I believe that speaks to both her resilience and her character.

I also believe Tiawana's absence would be deeply felt by her family and by the broader community that depends upon her presence, leadership, and support. Within her family, she is a mother and a source of strength and stability. Beyond her household, there are people and organizations that have come to rely upon the relationships, advocacy, encouragement, and service she has provided over many years. Her impact reaches far beyond any single title she has held.

I know Tiawana as a mother, a friend, a movement sister, a community advocate, and a woman who cares deeply about others. Most importantly, I know her as someone who showed up for me when I needed her. That is something I will never forget.

As the Court considers the matter before it, I respectfully ask that you consider the whole person I have known for more than eleven years—the woman who loves her family, serves her community, stands beside people during difficult times, and continues to have much to contribute to others.

Tiawana's life and character are larger than this difficult chapter. I have personally witnessed her compassion, service, resilience, leadership, and commitment to others. I am grateful to know her, and I am proud to stand in support of her.

Respectfully,

**Nerika Jenkins**
Founder/Executive Director
A Woman's Worth Project Inc.
973-320-7796

**September 9, 2026**

**The Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

**Dear Judge Bell:**

I am writing this letter on behalf of my dear friend, Tiawana Brown, because I believe it is important to share what I have personally witnessed about her character and the difference she has made in the lives of others, including my own family.

Tiawana is not simply a friend to me. She is someone who has consistently shown compassion, generosity, and a willingness to help others when they need it most. She gives her time and energy to people in her community, often without expecting anything in return.

I know this personally because of what Tiawana and the work she leads through Beauty After the Bars did for my daughter.

When my daughter needed stable housing and an opportunity to rebuild her life, she was able to live in the Beauty After the Bars safe home. During that time, Tiawana did more than help provide her with a place to stay. She supported and encouraged my daughter as she worked toward greater stability and independence.

Through Beauty After the Bars and its workforce partnership with For The Struggle, Inc., my daughter was also connected to an employment opportunity. **She still has that job today, has done well, and has earned a promotion.** As her mother, watching her move from needing stability to succeeding and advancing in her employment has meant more to me than I can adequately express.

Tiawana's support also went beyond housing and employment. **When my daughter needed support in court, Tiawana flew in to be there for her as part of the support Beauty After the Bars provides.** She did not simply connect my daughter to resources and then walk away. She stood beside her during a difficult moment when having someone there mattered.

For my daughter and for me, this support meant so much more than simply finding a place to live or employment. It gave my daughter hope, stability, and a real opportunity to move forward. During a difficult time in our family's life, Tiawana was there when help was needed most.

My daughter remains connected to Beauty After the Bars today. That continuing relationship means a great deal to me because it shows that Tiawana's commitment to people is not temporary. She builds relationships and continues to encourage people as they move forward.

There are people who come into our lives as friends, and then there are people who become a source of strength during some of our hardest moments. Tiawana has been that kind of person for me and my family.

**I can honestly say that Tiawana did more than simply help my daughter. She helped save a life.** Her willingness to step in, provide support, and help my daughter find stability made a difference when it mattered most. I will always be grateful to her for that.

What Tiawana did for my daughter allowed me to see firsthand what she does for others. She does not simply talk about helping people; she puts her words into action. My family experienced that action personally.

I hope you will consider this letter as a sincere reflection of the Tiawana Brown I know. In my experience, she is compassionate, dependable, giving, and committed to helping others.

Tiawana is not just my friend. **She is someone who showed up for my daughter when she needed someone, helped her find a safe place to live and an opportunity to work, stood beside her when she needed support in court, and remained part of her life as she moved forward. As her mother, I will never forget that.**

Thank you for considering my personal experience and perspective on Tiawana's character.

Sincerely,

**Patrice Brown-Anderson**

**September 10, 2026**

**The Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

**Re: Character Reference for Tiawana Brown**

Dear Judge Bell:

It is an honor to write this character letter on behalf of Tiawana Brown, a woman I deeply respect, admire, and consider family.

My name is Rita Gray, and I serve as Director of Operations for Life After Release, a formerly incarcerated women-led organization serving directly impacted women and families throughout the **District of Columbia, Maryland, and Virginia (DMV) region**.

I first met Tiawana through a fellowship we were both a part of with the National Council for Incarcerated and Formerly Incarcerated Women and Girls. What began as a professional connection quickly grew into a meaningful bond. Over time, Tiawana became my mentee, my sister, and an important part of my family. My mother sees her as a daughter, and my daughter lovingly sees her as her auntie. That speaks to the type of person Tiawana is—someone who does not simply enter your life, but becomes part of it.

Tiawana is a wealth of knowledge, resilience, compassion, and strength. She is deeply family-oriented and leads with both her heart and her lived experience. She has an extraordinary ability to turn adversity into purpose and purpose into action.

One of the things I have been able to witness personally is Tiawana's ability to take what she has learned and pour it into other women. Because I knew her character, her lived experience, and her ability to connect with women impacted by incarceration, **I recommended Tiawana for an opportunity with Life After Release to lead women through an eight-week cohort experience.**

That recommendation was not something I took lightly. I believed Tiawana could create a space where women felt understood, respected, challenged, and supported.

**She has now successfully led two cohorts, working with groups of women as they move through the program together, and she is preparing to lead her third cohort beginning in October 2026.** Watching her grow from someone I met through this movement into a woman who is now helping guide other women through their own journeys has been deeply meaningful to me.

Personally, I have witnessed her ability to encourage, mentor, and pour wisdom into others. She has encouraged me not only through her words, but through the example she sets with her own life. She reminds those around her that our past circumstances do not have to determine the limits of our future.

When it comes to advocating for incarcerated and formerly incarcerated people, Tiawana does not simply talk about the work—**she lives the work.** She stands beside individuals and families who deserve dignity and opportunity, and she consistently uses her experiences, relationships, and voice to help others move forward.

But my relationship with Tiawana is about much more than advocacy. **I know the woman behind the work.** I know her as someone who loves deeply, values family, encourages the people around her, and forms relationships that endure. Somewhere along this journey, a relationship that began through our shared work became sisterhood and family.

Tiawana is truly a people's champion. People trust her because she shows up, she listens, she works, and she does not give up when circumstances become difficult.

I am proud of what I have watched Tiawana accomplish, but I am equally proud of the way she continues to reach back for other women. **I recommended her to lead because I believed she had something valuable to give these women. After watching her complete two cohorts and prepare for a third, I know that belief was well placed.**

I respectfully ask the Court to consider the character I have personally witnessed and the value Tiawana continues to bring to the women, families, and communities she serves.

**What began through our shared work became a friendship, and that friendship became family. I am grateful that Tiawana Brown is part of mine.**

Thank you for considering my personal perspective.

Respectfully,

**Rita Gray**
Director of Operations
**Life After Release**

The Honorable Kenneth D. Bell
United States District Court
Western District of North Carolina

**Re: Character Reference for Dr. Tiawana Brown**

Dear Judge Bell:

My name is Dr. Blanche Penn, founder of Winners PLUS Inc., and I have known Dr. Tiawana Brown for approximately four years. I am writing this letter because I believe it is important that the Court have an opportunity to see the person I know—not simply a name, a title, or a difficult season in someone's life.

I have been involved in community work for more than 40 years, and over those years I have learned that community service is not always about a title or who gets recognized. It is about who is willing to show up, stand up for people, and put their hands to work when something needs to be done.

One of the organizations I work with is Action NC, and through that work I have personally seen Tiawana standing up for people. I was there and watched her step forward when others were standing back and watching. She was willing to use her voice, put her hands to work, and stand with people who needed someone to stand with them.

I have seen that with my own eyes. And for me, that means something.

I have always believed in supporting people who are willing to speak up and not be afraid of what others may say when they believe they are standing up for what is right. After more than 40 years of doing community work, I know the difference between someone simply being present and someone who is willing to get involved. I have seen that willingness in Tiawana.

I don't have to tell you everything Tiawana has done in the community because there are people who have experienced her work firsthand. What I can tell you is what I have personally witnessed, and that is a woman who has been willing to show up, use her voice, and put her hands to work for other people.

As someone who has spent many years doing community work, I know that it is not always easy. Sometimes you are tired. Sometimes people criticize you. Sometimes you wonder if anyone notices the work you are doing. But you keep going because you believe somebody needs you.

That is the Tiawana I know.

I am not writing about the circumstances of her case, and I am not asking the Court to consider anything beyond what I personally know. I am simply sharing what I personally know and have witnessed about the woman I have known over the years.

I am writing this letter because I want the Court to understand that there is a whole person behind a difficult season in someone's life. Tiawana is a mother, a community member, an advocate, a leader, and a person who has spent years trying to make a difference.

As someone who has dedicated much of my own life to serving others, I understand how much it means when someone takes the time to stand beside you when life gets difficult. Tiawana has spent years standing beside other people. Today, I believe it is important that she knows that people can stand beside her too.

I am standing with Tiawana during this difficult season, and I am praying for her. I respectfully ask the Court to consider not only this moment in her life, but also the years of service, advocacy, and support for others that I have personally witnessed. The work she has done and the people she has touched are also an important part of her story.

I hope she will continue to keep her head up, keep believing, and keep holding on.

With love and sincerity,

**Dr. Blanche Penn**
Founder, Winners PLUS Inc.
Charlotte, North Carolina

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

---

**CHARACTER LETTER IN SUPPORT OF TIAWANA BROWN**

**To the Honorable Judge Kenneth D. Bell:**

My name is Dr. Donna Hylton. I am a community advocate, nonprofit executive, author, and leader in the national movement for social justice and the rights of formerly incarcerated women and girls. I write this letter in my personal capacity to share my sincere perspective on the character, leadership, and service of Dr. Tiawana Brown.

I have known Dr. Brown for several years through our shared dedication to uplifting justice-impacted women. As fellow advocates, we have walked alongside one another, organized together, and worked to build safer and more supportive pathways for women impacted by the criminal justice system. Through our work together—including our shared involvement with JustLeadershipUSA and the National Council for Incarcerated and Formerly Incarcerated Women and Girls—I have come to know her as a woman of deep faith, resilience, compassion, and commitment to others.

What has always stood out to me about Dr. Brown is that her commitment to human dignity extends far beyond titles and public recognition. I have personally witnessed her step forward for women when they needed someone in their corner. Beyond her public service as a Charlotte City Council member, I have seen her commitment through Beauty After the Bars and through the individual lives she has touched.

I have watched her open doors of opportunity, help women access safe housing, provide mentorship, and respond to basic human needs for women rebuilding their lives after involvement with the criminal justice system. She does not advocate only from a distance. She sits with people during difficult moments, offers hope, connects them to resources, and helps them take the next step toward rebuilding their lives.

That distinction matters to me.

I have spent many years working alongside formerly incarcerated and justice-impacted women. I know the difference between speaking about this work and actually doing it. Tiawana does the work.

She has also been willing to use the difficult experiences of her own life to help other people believe that their past does not have to determine their future. I have seen her transform lived experience into service, mentorship, advocacy, and leadership. She has used what she has survived not as a reason to turn away from others, but as a reason to reach back for them.

Her work through Beauty After the Bars, her community advocacy, and her broader organizing have created relationships and networks of support for women, families, and communities that

too often struggle to find someone willing to stand beside them. Her leadership is grounded in proximity—she knows the people she serves, understands many of the barriers they face, and remains personally engaged in helping them move forward.

Dr. Brown's presence is deeply important to the women, families, and community members who look to her for guidance, resources, mentorship, and support. Her absence would therefore be felt not only by her family and close friends, but also by people who have come to depend upon the work and relationships she has built over many years.

I know Dr. Tiawana Brown as a fellow advocate, a devoted community leader, and a compassionate and dependable friend. I have witnessed her turn personal trials into meaningful public service and use her experiences to create opportunities for other people.

As the Court considers the matter before it, I respectfully ask that you consider the whole person I have come to know—the woman whose life includes years of service, mentorship, advocacy, and direct support for people who are too often overlooked.

Thank you for taking the time to consider my perspective. I am grateful to know Tiawana, I respect the work I have witnessed her do, and I am proud to stand in support of her.

Respectfully submitted,

**Dr. Donna Hylton**
Founder & President, A Little Piece of Light

521 St. Marks Ave.
Brooklyn, NY 11238
347-773-8050
dhylton@alittlepieceoflight.org

The Honorable Kenneth D. Bell
United States District Court
Western District of North Carolina

**Re: Letter of Support for Dr. Tiawana Brown**

Dear Judge Bell:

I am writing in my individual capacity as Dr. Tiawana Brown's academic advisor at Johnson C. Smith University to offer my personal perspective regarding her educational journey. This letter reflects my own observations and experiences with Ms. Brown as her academic advisor and is not intended to speak on behalf of Johnson C. Smith University as an institution.

Ms. Brown's connection to Johnson C. Smith University is particularly meaningful to me. I was here at JCSU when she was enrolled as a student during the **1993–1994 academic year**, and now, as I prepare to retire this year, I have had the opportunity to see her return to the University and continue the educational journey she began more than three decades ago. To see her come back all these years later and maintain all A's in her current studies is impressive and speaks to her determination, maturity, and commitment to completing her education.

In 2023, Ms. Brown made the decision to return to Johnson C. Smith University as a nontraditional, part-time student studying Criminal Justice/Criminology. Like many adult learners, her path toward completing her degree has not been a straight one, but she has remained determined to finish what she started.

Since returning, Ms. Brown has demonstrated remarkable persistence. She continued her studies while simultaneously serving the Charlotte community in elected office and while navigating the significant personal demands associated with her federal case and the extensive public and media attention surrounding it. Despite those circumstances, she remained committed to her education and continued moving forward academically.

**Ms. Brown is currently classified as a junior, a status reflected in her academic transcript, and she has maintained a 4.0 grade point average in her current studies.** She remains committed to completing her undergraduate degree and has shared with me her goal of continuing her education by pursuing a Master of Social Work (MSW).

Ms. Brown is continuing her studies on a part-time basis this semester. Her classes begin October 19, 2026, and she is enrolled in **nine credit hours**. Her continued enrollment and junior academic standing demonstrate that her educational goals are not simply aspirational; she is actively progressing toward completion of her undergraduate degree.

Her commitment is especially noteworthy because she is financing her education herself. Despite the financial challenges associated with being a self-pay student, she continues to find a way to pursue her degree. Her persistence reflects the value she places on education and her determination to complete the journey she began at Johnson C. Smith University more than thirty years ago.

Ms. Brown has also become actively involved in campus life as a member of the **Golden Bulls Activities Committee (GBAC)**. Membership in GBAC requires students to maintain a minimum 2.5 grade point average. Her participation in the committee, while maintaining a 4.0 GPA and continuing her studies as a nontraditional student, reflects her desire not only to complete her own education but also to remain engaged in campus life.

Ms. Brown's presence on campus extends beyond her own academic goals. She mentors and encourages other students, shares lessons from her own life experiences, and emphasizes the importance of education, responsible decision-making, and staying focused on their futures. She encourages students to remain in school, avoid involvement with the criminal justice system, and understand that the choices they make today can have lasting consequences.

She has also spoken and engaged with students on campus, bringing a perspective shaped by lived experience, community service, public leadership, and her own return to higher education as an adult student. There is something meaningful about watching someone return to college approximately thirty years after beginning her journey and, despite significant challenges, continue earning strong grades, participating in campus life, mentoring others, and pursuing her educational goals.

As Ms. Brown's academic advisor, I am proud of the commitment she has demonstrated toward her education and the perseverance she continues to show as a nontraditional student. Having been at Johnson C. Smith University when she was a student during the 1993–1994 academic year and now seeing her return as I approach my own retirement makes her journey especially meaningful to witness. She came back to finish what she started, and she has demonstrated through her academic performance that she is serious about doing so.

Her educational journey is not finished. I look forward to seeing Ms. Brown complete her undergraduate degree and continue toward her goal of earning a Master of Social Work.

Thank you for allowing me to share my personal perspective as Ms. Brown's academic advisor and for considering her continued commitment to her education.

Respectfully,

**Dr. Deb Quick**
Academic Advisor
Johnson C. Smith University
Charlotte, North Carolina

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CHARACTER LETTER IN SUPPORT OF TIAWANA BROWN**

**To the Honorable Judge Kenneth D. Bell:**

My name is Trinity Snowten, and I am writing to share my story and to tell the Court about the woman I have known as my mentor, role model, and mother figure for nearly eleven years, Tiawana Brown.

I met Tiawana when I was a young girl going through one of the most difficult periods of my life. I experienced homelessness as a child and teenager, including during much of my high school years. There were times when I did not have anything steady to stand on and did not know where I would sleep or how I would make it through school. Academically, I was struggling. I was attending Turning Point, an alternative school, and at one point I was failing my classes. I could have easily become another young person who fell through the cracks.

Tiawana would not let that happen.

On December 3, 2015, I was with Tiawana at a church event. I was in a place in my life where I had lost hope and did not feel like myself. That day, she told me, "I'm not leaving your side. I believe in you. I want to see you succeed."

She told me that she would be there every step of the way.

Nearly eleven years later, she is still here.

Tiawana took me under her wing as if I were her own child. She showed up consistently. She advocated for me at school, connected me with programs and opportunities, exposed me to places I never imagined I would be, and most importantly, continued believing in me until I learned how to believe in myself.

My life began to change.

I was able to leave alternative school and return to a traditional school setting. I went from failing my classes to making the honor roll. I graduated from high school and was accepted into Bennett College in Greensboro. I continued pursuing my college education even after becoming a first-time mother. I have since transferred and am now enrolled at Central Piedmont Community College in Charlotte, continuing the education that Tiawana encouraged me to believe was possible.

When I became a mother, Tiawana was there for that chapter of my life too. She helped me learn how to be the kind of parent I did not always have modeled for me. She did not just help me survive my childhood—she helped me build a life that I could be proud of and a life that I could offer to my own child.

What makes our story even more meaningful to me is that today I have the opportunity to give some of what she gave me to other young girls.

I am now an ambassador for Beauty After the Bars, the organization Tiawana founded to help women and girls. As one of her first mentees, I can now stand before other young girls and show them that where they start does not have to determine where they finish. When I talk to young people who may be struggling, I am not speaking from something I read in a book. I lived it.

I know what it feels like to struggle in school. I know what it feels like to experience homelessness. I know what it feels like to lose hope. And I also know what can happen when one person refuses to give up on you.

For me, that person was Tiawana Brown.

Over the years, I have watched her serve not only me, but young people, families, her community, and her church. Even while facing challenges of her own, I have watched her continue to show up for other people. The woman I am describing to this Court is the woman I have personally known since I was a young girl.

Today, I am a mother, a college student, a Beauty After the Bars ambassador, and a young woman who understands that my life has purpose. I am now in a position to encourage other girls because someone first did that for me.

I am not simply writing to tell the Court that Tiawana Brown has helped people. **I am one of the people she helped.**

When I was struggling, she saw something in me that I could not yet see in myself. She stayed. She kept her promise. And nearly eleven years later, she is still my mentor, my role model, and a mother figure in my life.

As the Court considers Tiawana Brown, I respectfully ask that you also consider the woman I have personally known and the difference her presence has made in my life. I hope my story provides the Court with one example of what her years of mentorship and service have meant to the young people she has poured into.

I will always be grateful that when I could have fallen through the cracks, Tiawana Brown reached for me instead.

Thank you for taking the time to read my story and for considering my experience with Tiawana as part of the whole person before the Court.

Respectfully,

**Trinity Snowten**
Beauty After the Bars Ambassador

FREEDOM
FIGHTING MISSIONARIES

**The Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

**Re: Character Reference for Tiawana Brown**

Dear Judge Bell:

My name is Dr. Kenny Robinson, and I am the founder of Freedom Fighting Missionaries Inc., a 501(c)(3) nonprofit organization serving Mecklenburg County. I am writing this letter on behalf of Tiawana Brown ahead of her sentencing. I have known and worked closely with Ms. Brown since 2020. While I understand the gravity of the legal matter before the Court, I offer this letter to share my firsthand knowledge of her character, her human virtues, and her dedicated service to our community.

Since 2020, Ms. Brown and I have worked side by side to address critical challenges facing justice-involved individuals and their families. Together, we have focused on creating sustainable pathways through stable housing and meaningful employment opportunities. Through these joint efforts, we have successfully provided housing for dozens of families. I have watched families stabilize their lives, achieve personal goals, and accomplish milestones they once thought were beyond their reach.

Ms. Brown's dedication extends well beyond direct service in our local community. We have combined our lived experiences and elevated our voices to advocate for meaningful change both locally and nationally. I have personally witnessed her give tirelessly of her time and energy without expecting anything in return, driven by a deep commitment to community and a genuine desire to see individuals and families succeed.

What I know about Tiawana comes from years of actually doing this work alongside her. I have seen how seriously she takes the responsibility of helping people rebuild their lives after involvement with the justice system. I have seen her work to connect people to housing, employment, support, and opportunity. This is not work she speaks about from a distance; it is work I have personally watched her do.

The work Ms. Brown leads is important, and I believe her absence through incarceration would be deeply felt by the families and individuals who depend on our collective efforts for stability and reentry support. As the Court considers her future, I respectfully ask that you consider Ms. Brown as a complete human being and take into account the years of service, character, and commitment to others that I have personally witnessed.

Thank you for your time, consideration, and service to the Court.

Sincerely,

FREEDOM
FIGHTING MISSIONARIES

**Dr. Kenny Robinson**
Founder
Freedom Fighting Missionaries Inc.

**September 8, 2026**

**The Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

**Dear Judge Bell:**

I am writing on behalf of Tiawana Brown, whom I have known all her life as her aunt.

Over the years, I have witnessed Tiawana up close. From early in life, she has had a desire to connect with people, whether inside our family, among friends, or throughout the community. I have watched her compassionately fellowship with people while wearing many hats—mother, mentor, sister, public servant, community leader, activist, and organizer. Through all of those roles, she has often been someone who puts the needs of others before her own.

I remember the first time I attended one of the events held by her nonprofit organization. I was truly moved by the young women she had mentored. I listened as they shared that when they had no one else to turn to, Tiawana was their safe place and that she gave them a voice when they felt hopeless. As her aunt, hearing those young women describe what my niece had meant in their lives touched me deeply.

But I have also seen that same compassion in much smaller moments that most people would never know about. I have seen Tiawana wake up at 5:30 in the morning to make sure a family member could get to work on time. **I remember when she went off to college right after high school, and even as a young woman just beginning her own journey, she gave some of her clothes away to others who needed them.** Those may seem like small things, but to me they say a great deal about who Tiawana has always been. Her instinct to give and help others did not begin when she became a community leader or public servant. I saw it in her when she was young.

Long before Tiawana ever considered becoming a public servant herself, I was involved in supporting a candidate, and Tiawana assisted me. She jumped right in and canvassed alongside me for weeks because she believed another positive voice for the people deserved to be heard. Looking back now, I can see that her desire to serve and become involved in her community was present long before she ever held an elected title.

Tiawana has a kind heart and is sincere about helping others. Another quality that has always stood out for me is that she never meets a stranger. She does not shy away from people. She goes out of her way to speak, greet others, and make people feel welcome.

She also has an incredibly unique personality and a wonderful sense of humor. I believe she has a God-given gift for making people feel like they matter and that they belong.

Tiawana is loved by her family, friends, church family, and community. But as her aunt, I have had the privilege of knowing the person behind all of those public roles. **I knew her before the**

**titles, before elected office, and before so many people knew her name. The compassion I see in her today is something I have witnessed throughout her life.**

Thank you for the opportunity to share my thoughts about my niece. Tiawana has so much more to contribute to her family and community through her faith, her dedication, and her commitment to helping others.

Sincerely,

**Valarie Gardner**

September 09_, 2026

The Honorable Kenneth D. Bell
United States District Court
Western District of North Carolina

**Re: Character Reference for Tiawana Brown**

Dear Judge Bell:

It is my honor to write this letter of character reference on behalf of Ms. Tiawana Brown. I have known Tiawana throughout my almost ten years as Senior Pastor of Greater Mt. Sinai Baptist Church, and during that time, we have had many opportunities to interact through the life and ministry of our church.

Tiawana is a caring, loving, and family-oriented woman who possesses a sincere love for God and the things of God. Her faith is not limited to what she says. It is reflected in how she worships, how she treats people, and how faithfully she supports those around her.

One of Tiawana's greatest strengths is her devotion to her family. She comes from a strong and loving family, and she is considered one of its pillars. She is often the glue that helps hold the family together, offering encouragement, guidance, and dependable support whenever it is needed. Many of the younger members of her family look up to her, as do young people and others throughout the community.

I have always known Tiawana to be a woman of excellence. This is evident in the way she presents herself, the dignity with which she carries herself, the respect with which she speaks, and the compassion she demonstrates toward others. She is also willing to advocate for people beyond her immediate family, especially when she recognizes that someone needs support, encouragement, or a voice.

Tiawana's presence makes a meaningful difference. She has earned the trust and respect of those who know her, and I believe she remains capable of serving in positions of responsibility and influence within the community. We desperately need individuals who genuinely care about people, who are willing to serve, and who desire to help bring about positive and lasting change. Tiawana Brown is such a person.

I offer this character reference with sincerity and without reservation. I respectfully ask that you give her every appropriate consideration and allow her the opportunity to continue serving, leading, and making a positive impact in the lives of others.

Should you require any additional information, please feel free to contact me at 810-625-1329 or majorstewart1110@gmail.com.

Sincerely,

**Rev. Dr. Major A. Stewart, MBA, DMin, BCC**
Senior Pastor
Greater Mt. Sinai Baptist Church
1243 West Blvd
Charlotte, North Carolina 28208
810-625-1329

The Honorable Kenneth D. Bell United States District Judge Western District of North Carolina

Re: Character Reference for Dr. Tiawana Brown

Dear Judge Bell:

My name is Apostle Dr. Dana Cathey-Williams. I serve as the Apostle and Overseer of Believers International Worship Fellowship in Charlotte, North Carolina. I am also the founder of Butterflylife Ministries, a behavioral health organization focused on life after trauma, and the founder of the Can You Hear Me Now? Domestic Violence Campaign. It is my honor to write this letter on behalf of Dr. Tiawana Brown, someone I have had the privilege of knowing and calling my friend for more than 40 years.

I first met Tiawana when we were little girls cheering together at PAL, and we connected immediately. Her family was a pillar in our community and a blessing to so many young girls. Their home was always a place where we could go and be surrounded by love, laughter, encouragement, and a sense of belonging. Although we both grew up in single-parent homes, we were blessed to be surrounded by people who taught us that our circumstances did not determine our future. We truly believed that nothing was impossible for us.

From the little girl I met all those years ago to the woman she is today, Tiawana has always carried a special kind of joy. She brings life into a room and has a way of making people feel seen, loved, and welcomed. When she later became a Charlotte City Councilwoman, I watched her carry that same heart into public service and use her platform to bring hope, encouragement, and representation to others.

Through Beauty After the Bars, Tiawana has continued to demonstrate her heart for people. She believes deeply in love, fairness, justice, and creating opportunities for others.

Tiawana also loves the Lord with all her heart. Her faith is reflected not only in what she says, but in how she serves. She believes in being present and active in churches both inside and outside of her own community. She has been a blessing to Believers International Worship Fellowship and has supported women connected to our Domestic Violence Campaign.

One of the most meaningful parts of Tiawana's life, however, can be seen in the love she has for her daughters. As a single mother, she raised her daughters with dignity, strength, faith, and unconditional love. She worked to make sure they knew their value and understood that their circumstances did not have the power to determine their future.

I have known Tiawana since we were little girls, so I have had the unusual privilege of watching her grow from a child into a mother herself. Her daughters have always been at the center of her heart, and the love and pride she has for them is undeniable. The same woman who has poured so much into her community first demonstrated that commitment in her own home. Her journey as a mother speaks to her strength, sacrifice, perseverance, and character.

One of the things I admire most about Tiawana is her commitment to young people, especially young women. I have personally watched her mentor girls whom others may

have counted out. I have watched young women she supported go from middle school to college and from involvement with the criminal justice system to becoming successful business owners. Tiawana has never been afraid to reach into difficult places and remind someone that their current situation does not have to become their final destination.

That is important to me because I have known Tiawana long enough to know that this commitment to people is not something she developed for public recognition. I knew her long before there were titles, awards, elected office, or public attention.

After more than 40 years of knowing Tiawana Brown, I can say that her commitment to people did not begin when she became a Councilwoman. It is part of the woman I have watched grow from the little girl who cheered beside me at PAL into the mother, friend, woman of faith, mentor, and community servant she is today. Public office simply gave a larger platform to a heart for service that was already there.

I am thankful for Tiawana's friendship and for the joy, compassion, faith, and genuine love for people that I have personally witnessed throughout the many years I have known her.

I respectfully offer my perspective to the Court as someone who has known Tiawana for more than four decades and has had the privilege of witnessing many different seasons of her life.

Thank you for your consideration.

With sincere appreciation and respect,

Apostle Dr. Dana Cathey-Williams

Overseer, Believers International Worship Fellowship Founder, Butterflylife Ministries Founder,

Can You Hear Me Now? Domestic Violence Campaign Charlotte, North Carolina

The Honorable Kenneth D. Bell

United States District Judge Western District of North Carolina

---

Dear Judge Bell:

My name is Monae Brown. Although Tiawana Brown and I share the same last name, we are not related. I came to know Tiawana through Beauty After the Bars as a program participant. During the time I have known her, she has been someone I could depend on, someone who believed in me, and someone who showed up for me during some of the hardest moments in my life.

There were times when I was truly struggling, and Tiawana was there for me. When I say I was down bad, I mean I was going through a period where I really needed somebody in my corner. She never made me feel like I was asking for too much. She did not judge me or turn her back on me. She supported me, encouraged me, and helped me keep moving forward.

One moment in particular showed me just how seriously Tiawana took that commitment. In April 2024, I had a probation hearing. Tiawana was out of town on business related to her service with Charlotte City Council, but she flew back to Charlotte so she could be there with me for my court date.

She did not have to do that. She had responsibilities of her own and could have simply called me or wished me well. Instead, she made being there for me a priority.

My probation was continued, and I was given the opportunity to keep moving forward. I cannot say what ultimately influenced the Court's decision, but I know what it meant to me to look around during one of the most stressful moments of my life and know that Tiawana had flown back just to stand beside me. Her presence reminded me that somebody believed I was worth another chance.

In 2024, I moved into the Beauty After the Bars safe home. At that point in my life, I needed stability, support, and an opportunity to continue rebuilding. Beauty After the Bars gave me a safe place while I worked toward getting back on my feet.

Tiawana also played an important role in helping me get my current job. Through Beauty After the Bars' workforce development partnership with For The Struggle, Inc., I was connected to an employment opportunity that gave me a chance to grow professionally, serve young people, and make a difference in my community. I still have that job today.

Eventually, I reached a point where I was able to move out of the Beauty After the Bars safe home and take another step toward independence. When I moved into my own place, Beauty After the Bars purchased my first bed. Some people may see a bed as a small thing, but when you are rebuilding your life and finally have a place of your own, having something as basic as a bed means more than people may realize. To me, it represented stability, independence, and a new beginning.

Tiawana's support did not end when I moved out of the safe home. She continued to check on me, encourage me, and push me to keep moving forward.

Today, my story has become a positive example for other women of what can happen when someone is given support, opportunity, accountability, and a chance to rebuild. I went from needing a safe place to live and someone in my corner to maintaining employment, living independently, serving young people, and being in a position where my journey can encourage other women.

I have personally experienced Tiawana as someone who cares deeply about people. She does not only talk about supporting people—she actually shows it through her actions. She has a way of making people feel like they are not alone and reminding them that their circumstances do not define their entire life or who they are capable of becoming.

When I think about Tiawana, I do not think of one moment or one title. I think about the woman who flew back to Charlotte to stand beside me in court, helped make sure I had a safe place to live when I needed one, helped connect me to employment, encouraged me through difficult times, and helped make sure I had a bed when I was ready to move into my own place.

I know firsthand the kind of impact Tiawana can have on someone's life because I have personally experienced it. I am not speaking about something I heard she did for someone else. I am one of the people she helped.

I am grateful to know Tiawana, grateful for everything she has done for me, and grateful that our paths crossed. I hope this letter gives the Court a small glimpse into the person I have come to know: someone who invested in me, stood beside me when I needed her, and made a meaningful difference in my life.

Sincerely,
Monae Brown

Beauty After the Bars Program Participant

**September 9, 2026**

**The Honorable Kenneth D. Bell**
United States District Judge
Western District of North Carolina

**Dear Judge Bell:**

My name is Kristie Puckett, and I am writing to share who I know Tiawana Brown to be, based on more than ten years of friendship and shared work.

Tiawana and I met because of an experience most people will never understand: **we were both incarcerated while pregnant.** That shared experience became the foundation of a friendship, and it also became the foundation of our work together. For over a decade, we have worked side by side on gender-based justice issues, advocating for women who have lived through what we lived through and trying to make sure the system treats them with more dignity than we received.

I have seen Tiawana in the rooms where the real work happens—the planning meetings, the late nights, and the hard conversations with people in power who did not want to listen. She has never approached this work as a title or a résumé line. She approaches it as something personal, because it is.

What I want the Court to understand most is what kind of person Tiawana is outside of the work itself. During the pandemic, my mother and my husband were both diagnosed with cancer within the same stretch of time. It was one of the hardest periods of my life. Tiawana was a constant source of strength and encouragement through all of it.

She did not just check in out of politeness. **She showed up. She helped in whatever way she could, and she made sure I knew I was not carrying it alone.**

I have also watched her do this for others, more than once giving what little she had so that someone else could have what they needed. **That is not something you can fake or perform for ten years. It is simply who she is.**

I say all of this as someone who has known Tiawana through good seasons and hard ones, through professional settings and personal crises, for over a decade. The woman I know is generous, steady, and committed to lifting other people up, often at real cost to herself.

I respectfully ask the Court to consider my experience as one piece of a much fuller picture of who Tiawana is as a human being beyond this moment. **I have known her not only through our shared advocacy, but through life, loss, struggle, friendship, and service. The character I describe is the character I have personally witnessed for more than ten years.**

Thank you for considering my perspective.

Respectfully,
Kristie Puckett
Friend of Tiawana Brown

**COMMUNITY UNITY CENTER 100 (CUC100)**
**Character Letter on Behalf of Tiawana Brown**

---

**To the Honorable Judge Kenneth D. Bell:**

My name is **Rodney McGill**, Founder and CEO of **Community Unity Center 100 (CUC100)**. I am writing this letter on behalf of **Ms. Tiawana Brown**, someone I have had the privilege of knowing personally and working alongside in our community since **2018**.

For approximately eight years, Tiawana has been more than a friend to me. She has been a genuine partner and supporter in community work and a strong advocate for people who often have the greatest needs and the fewest resources or connections.

What stands out to me about Tiawana is her willingness to use her relationships, influence, and position to help other people. I have personally seen how her support has helped move community projects forward and opened doors that allowed us to better serve residents. There were times when having someone willing to make a connection, offer support, or simply stand behind the work made a significant difference. Tiawana has been that person for us.

One example is the collaboration between **Community Unity Center 100 and Beauty After the Bars**, the organization Tiawana founded. Our organizations have worked together during the holidays to help feed families and community members in need. I have seen Tiawana show up in this work not simply as a leader with a title, but as someone willing to collaborate, bring people and resources together, and help make sure families in our community have food during a time of year when many are struggling. That is the kind of community service I have personally witnessed from her.

Our work places us directly among families, children, and residents dealing with real challenges. In that environment, you quickly learn the difference between people who simply talk about helping the community and people who actually make themselves useful. **Tiawana Brown has made herself useful.** She has demonstrated concern for people who need advocacy, opportunity, and someone willing to speak up for them.

My relationship with Tiawana is one that I value deeply. After approximately eight years of friendship and working together, I know her through my own experiences with her. Those experiences have shown me a woman capable of generosity, advocacy, friendship, collaboration, and meaningful service to others.

I respectfully ask the Court to consider the person I have come to know since 2018 through our years of friendship and community work. I hope that Tiawana's history of supporting others and the positive impact I have personally witnessed her make in our organization and community will be considered as part of the complete picture of who she is.

Thank you for taking the time to consider my personal experience with Ms. Tiawana Brown.

Respectfully,

**Rodney McGill**
**Founder & CEO**
**Community Unity Center 100 (CUC100)**
Charlotte, North Carolina