Case 3:25-cr-00106-KDB-DCK Document 90-2 Filed 09/15/26 Page 1 of 2

OFFICE OF REGISTRAR
**JOHNSON C. SMITH UNIVERSITY**
CHARLOTTE, NC 28216
704-378-1013

# TRANSCRIPT

ID: 0011546
Name: Tiawana D Brown
Birthdate: 06/12/1971
Address: 13422 Hyperion Hills Lane
Charlotte NC 28278

Undergraduate Division
Sitara L. Sadler
Terza S. Lima-Neves
Rosalyn D. Harrington

| Course Number | Title | Gra | Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| Transfer: Transfer 1st School | | | | | | | | |
| External Institution | | | | | | | | |
| ACC-236 | FIN. MANG ACCII | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| REL-000 | RELIGION ELECTI | TR | | 2.00 | 2.00 | 0.00 | 0.00 | |
| PSY-131 | GEN PSY I | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| SPA-132 | ELEM SPANISH II | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| SPA-131 | ELEM SPANISH I | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| PSY-000 | PSY ELECTIVE | TR | | 2.00 | 2.00 | 0.00 | 0.00 | |
| CSC-000 | CSC- ELECTIVE | TR | | 2.00 | 2.00 | 0.00 | 0.00 | |
| PSY-235 | PSY CHILDHOOD | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| HIS-338 | AFRI AMER HIS I | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| ACC-235 | FIN MAG. ACC I | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| NSC-140 | NATURAL SCIENCE | TR | | 4.00 | 4.00 | 0.00 | 0.00 | |
| PED-117 | PHYSICAL FITNESS | TR | | 1.00 | 1.00 | 0.00 | 0.00 | |
| SOC-238 | SOCIAL PROBLEMS | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| HIS-339 | AF AM HIS II | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| SOC-131 | PRIN OF SOCIOL | TR | * | 3.00 | 3.00 | 0.00 | 0.00 | |
| HED-000 | HED ELECTIVE | TR | | 1.00 | 1.00 | 0.00 | 0.00 | |
| BIO-143 | INTRO BIO I | TR | | 4.00 | 4.00 | 0.00 | 0.00 | |
| HIS-000 | HISTORY ELECTIV | TR | | 2.00 | 2.00 | 0.00 | 0.00 | |
| | Term Totals: | | | 48.00 | 48.00 | 0.00 | 0.00 | 0.000 |
| | Career Totals: | | | 48.00 | 48.00 | 0.00 | 0.00 | 0.000 |
| FALL 1992 | | | | | | | | |
| SPE-131 | FUNDAMENTALS OF SPEECH | B | | 3.00 | 3.00 | 3.00 | 9.00 | |
| ORT-120 | FRESHMAN ORIENTATION | P | | 2.00 | 2.00 | 2.00 | 4.00 | |
| RHC-191 | COLLOQUIUM IN RHETORIC | B | | 3.00 | 3.00 | 3.00 | 9.00 | |
| SSC-131 | INQUIRY IN SOCIAL SCIENCE | F | * | 0.00 | 0.00 | 0.00 | 0.00 | |
| HUM-131 | INQUIRY IN HUMANITIES | F | | 3.00 | 0.00 | 3.00 | 0.00 | |
| HED-121 | PERSONAL HEALTH | W | * | 2.00 | 0.00 | 0.00 | 0.00 | |
| | Term Totals: | | | 13.00 | 8.00 | 11.00 | 22.00 | 2.000 |
| | Career Totals: | | | 61.00 | 56.00 | 11.00 | 22.00 | 2.000 |

| Course Number | Title | Gra | Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| SPRING 1992 | | | | | | | | |
| DRA-333 | DRAMA WORKSHOP | A | | 3.00 | 3.00 | 3.00 | 12.00 | |
| HUM-132 | INQUIRY IN HUMANITIES | C | | 3.00 | 3.00 | 3.00 | 6.00 | |
| SSC-132 | INQUIRY IN SOCIAL SCIENCE | B | | 3.00 | 3.00 | 3.00 | 9.00 | |
| HED-121 | PERSONAL HEALTH | F | R | 2.00 | 0.00 | 2.00 | 0.00 | |
| RHC-192 | COLLOQUIUM IN RHETORIC | C | | 3.00 | 3.00 | 3.00 | 6.00 | |
| | Term Totals: | | | 14.00 | 12.00 | 14.00 | 33.00 | 2.357 |
| | Career Totals: | | | 75.00 | 68.00 | 25.00 | 55.00 | 2.200 |
| FALL 1993 | | | | | | | | |
| HIS-131 | WORLD CIVILIZATION I | F | | 3.00 | 0.00 | 3.00 | 0.00 | |
| SSC-131 | INQUIRY IN SOCIAL SCIENCE | F | R | 3.00 | 0.00 | 3.00 | 0.00 | |
| ENG-429 | THE TEACHING OF ENGLISH | W | | 2.00 | 0.00 | 0.00 | 0.00 | |
| SOC-131 | PRINCIPLES OF SOCIOLOGY | Z | R | 0.00 | 0.00 | 0.00 | 0.00 | |
| POL-131 | AMERICAN GOVERNMENT | F | * | 3.00 | 0.00 | 3.00 | 0.00 | |
| | Term Totals: | | | 11.00 | 0.00 | 9.00 | 0.00 | 0.000 |
| | Career Totals: | | | 86.00 | 68.00 | 34.00 | 55.00 | 1.618 |
| FALL 2021-2022 | | | | | | | | |
| SMS-100 | SMITH SEMINAR | A | | 3.00 | 3.00 | 3.00 | 12.00 | |
| CRM-494 | ST: GANGS | A | | 3.00 | 3.00 | 3.00 | 12.00 | |
| | Term Totals: | | | 6.00 | 6.00 | 6.00 | 24.00 | 4.000 |
| | Career Totals: | | | 92.00 | 74.00 | 40.00 | 79.00 | 1.975 |
| FALL 2025-2026 | | | | | | | | |
| CRM-131 | INTRO CRIM JUST | A | | 3.00 | 3.00 | 3.00 | 12.00 | |
| HED-132 | PERSON HED WELL | A | | 3.00 | 3.00 | 3.00 | 12.00 | |
| | Term Totals: | | | 6.00 | 6.00 | 6.00 | 24.00 | 4.000 |
| | Career Totals: | | | 98.00 | 80.00 | 46.00 | 103.00 | 2.239 |



A - 4.00 EXCELLENT
B - 3.00 GOOD
C - 2.00 FAIR
D - 1.00 POOR
F - 0.00 FAILURE
P - 0.00 PASSING
AU - AUDIT
I - INCOMPLETE

**OFFICIAL TRANSCRIPT** ONLY WHEN SIGNED BY THE REGISTRAR AND OFFICIAL SEAL OF THE UNIVERSITY AFFIXED

OFFICE OF REGISTRAR
**JOHNSON C. SMITH UNIVERSITY**
CHARLOTTE, NC 28216
704-378-1013

# TRANSCRIPT

ID: 0011546
Name: Tiawana D Brown
Birthdate: 06/12/1971
Address: 13422 Hyperion Hills Lane
Charlotte NC 28278

Undergraduate Division
Sitara L. Sadler
Terza S. Lima-Neves
Rosalyn D. Harrington

| Course Number Title | Gra | Rpt | Att | Ernd | HGpa | Q.Pts | GPA | Course Number Title | Gra | Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Degree Information:
(X 'Bachelor of Arts' Date Conferred :
Major(s)
Criminology

**END OF RECORD**

Registrar
September 9, 2026



A - 4.00 EXCELLENT
B - 3.00 GOOD
C - 2.00 FAIR
D - 1.00 POOR
F - 0.00 FAILURE
P - 0.00 PASSING
AU - AUDIT
I - INCOMPLETE

**OFFICIAL TRANSCRIPT** ONLY WHEN SIGNED BY THE REGISTRAR AND OFFICIAL SEAL OF THE UNIVERSITY AFFIXED