# North Carolina Department of The Secretary of State

## Invoice Number: 24906487

**Billing Information**

Beauty After the Bars
2735 Cowles Road
Charlotte, NC 28208

**Contact:** Beauty After the Bars

**Invoice Number:** 24906487
**Customer Id Number:** 201109477
**Invoice Date:** 9/1/2026
**Account Type:** Payment upon Delivery
**Ship Via:** Online

**Invoiced Items**

| Description | Certificate Number | Customer Reference | Qty | Pages | Item Cost | Total | Due |
|---|---|---|---|---|---|---|---|
| 09/01/2026-Articles of Organization-BBSJ Logistics. llc BBSJ Logistics. llc | | | | | | | |
| 1210 0511 4351000072 | 129065858 | | 1 | | $125.00 | $125.00 | |
| 24 Hour Service Surcharge (File/Task# ) | | | | | | | |
| 1210 0511 4351000072 | 129065859 | | 1 | | $100.00 | $100.00 | |
| Electronic Transaction Fee (File/Task# ) | | | | | | | |
| 2120 0502 437993 | 129065860 | | 1 | | $2.00 | $2.00 | |

**Payment Details**

| Description | Item Cost | Total | Due |
|---|---|---|---|
| ACH: Event-Reg for $227.00, Acct XXXXXXXXXXXXXX8213, Auth: | | | |
| | $227.00 | $227.00 | Payment |
| | | | $0.00 |

**Include Invoice Number on all remittance and send to:**

Secretary of State
PO Box 29622
Raleigh, NC 27626

**For information regarding your filing contact:**

Customer Service at (919) 814-5400 or toll free at (888) 246-7636

# NORTH CAROLINA
## Department of the Secretary of State

**To all whom these presents shall come, Greetings:**

I, ELAINE F. MARSHALL, Secretary of State of the State of North Carolina, do hereby certify the following and hereto attached to be a true copy of

**ARTICLES OF ORGANIZATION**

**OF**

**BBSJ LOGISTICS. LLC**

the original of which was filed in this office on the 2nd day of September, 2026.

Scan to verify online.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Raleigh, this 2nd day of September, 2026.

Elaine F. Marshall

**Secretary of State**

SOSID: 3376268
Date Filed: 9/2/2026 8:16:00 AM
Elaine F. Marshall
North Carolina Secretary of State
C2026 244 01361

*State of North Carolina*
*Department of the Secretary of State*

# Limited Liability Company
## ARTICLES OF ORGANIZATION

Pursuant to §57D-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a limited liability company.

1. The name of the limited liability company is: BBSJ Logistics. llc
(See Item 1 of the Instructions for appropriate entity designation)

2. The name and address of each person executing these articles of organization is as follows: (State whether each person is executing these articles of organization in the capacity of a member, organizer or both by checking all applicable boxes.) **Note: This document must be signed by all persons listed.**

Tijema Brown - 2735 Cowles Rd Charlotte, NC 28208 - Member/Organizer
Tiawana Brown - 13422 Hyperion Hills Ln Charlotte, NC 28278 - Member/Organizer

3. The name of the initial registered agent is: Tijema Brown

4. The street address and county of the initial registered agent office of the limited liability company is:

Number and Street 2735 Cowles Rd

City Charlotte State: NC Zip Code: 28208 County: Mecklenburg

5. The mailing address, if different from the street address, of the initial registered agent office is:

Number and Street ______

City ______ State: NC Zip Code: ______ County: ______

6. Principal office information: (Select either a or b.)

a. ☒ The limited liability company has a principal office.

The principal office telephone number: (704) 387-4545

The street address and county of the principal office of the limited liability company is:

Number and Street: 13422 Hyperion Hills Ln

City: Charlotte State: NC Zip Code: 28278 County: Mecklenburg

Organizers

Tijema Brown  Signature: Tijema Brown Organizer
Tiawana Brown  Signature: Tiawana Brown Organizer