# PhD student puts on original performance about reproductive injustice and incarceration

On Friday and Saturday, audience members gathered in Swain Hall for Fight Like Hell, a research performance that explores reproductive injustice and incarceration. The sold-out performance was inspired by Pamela Winn, Kristie Puckett, Latisha Facyson and Tiawana Brown — four black women that have survived pregnancy during incarceration, and some even labor during incarceration.

"It's an honor for my story to be told," Puckett said. "It's an honor for it to be sold out, and I'm just hopeful that people walk away seeing incarcerated pregnant people differently than they walked in seeing them."

The script and plot are based on the conversations the director, Megan N. Foster, had with the women. Foster is a fifth year doctoral candidate in the Department of Communication.

The casting process was not an ordinary audition process. Foster attended performances on campus to scout and invite actors that seemed to have the same fire she saw in the women's stories.

The four women were directly involved with the process of scripting by giving feedback and changes throughout the script. Foster said that the women having as much agency as possible was important to her — it was not her story but theirs.

"We're talking about pretty horrific stories of survival and injustice that can only be changed if we get other people involved and we get more support from folks in our community, folks who might not know that this is happening," Foster said.

The title, Fight Like Hell, was Winn's response to a question Foster asked her: "What advice would you give to pregnant women who are currently experiencing incarceration?" Winn is the founder of a nonprofit organization named RestoreHER US, which advocates for incarcerated women and girls, including victims of reproductive injustice.

The show's narration was done by Foster herself. Foster then reenacted each conversation with the four women, played by actors.

Latisha Facyson, played by Nadia Jefferson, lost her son to gun violence in 2021 while incarcerated. Kristie Puckett, played by Jailyn Neville, shared her experience of being pregnant and voiced the lack of care for pregnant women during incarceration. Pamela Winn, played by Cree Noble, discussed the tragic accident of losing her baby during labor while incarcerated.

ADVERTISEMENT




# Message of Hope: Inspiring incarcerated women inside Meck. County Detention Center

A message of hope was shared inside the Mecklenburg County Detention Center.

By Brandon Hamilton
*Published: May. 3, 2023 at 7:50 PM EDT*

CHARLOTTE, N.C. (WBTV) - At the Mecklenburg County Detention Center are men and women of all ages. For some, it was a costly mistake that brought them to the detention center. It's one they hope doesn't define their life.

Meet Susan Burton.

She travels across the country, working to provide housing and support to formerly incarcerated women.

Recently, she was inside the detention center, sharing her story of incarceration and her book. Her visit was the last stop on her visit to Charlotte, which also featured Charlotte-native Tiawana Brown unveiling a home just for formerly incarcerated women in the area.

Both Burton and Brown have their own personal story of being incarcerated.

"They say when people get locked up they get locked out. And to have openings that are healthy, that are supportive, that have resources and services is really important. So it's important for us to built opportunity for people when they leave prisons because it costs too much to keep locking them up. If it's on an economic level. But on another level we lose the...on a spiritual level we lose what people are going to sow into our community. By not by keep locking them up and not allowing them to rehabilitate," Burton said.

Burton is an author and advocate, traveling across the country, hoping to show women who are incarcerated there is life outside of these walls

support to do that. From women who've been right where they've been," she said.

Last month, Brown and her organization, Beauty After the Bars, opened a Sisterhood Alliance for Freedom and Equality (SAFE) home for formerly incarcerated women in the Charlotte area.

To hear this news was life changing for these women inside the detention center.

"Over 70% of women who are incarcerated, have been harmed and have never known what it is to have safety in their living environment. So to have a safe place to rebuild and start from is super, super important. So we are building safe houses all over the nation," Burton said.

Brown added the work is now part of everyday life.

"This is all I do, anything for incarcerated women, and making sure that they have everything that they need. Everything I do is by design. I had my daughter in prison. I have two beautiful daughters. They've never ever been inside of this facility at all, just to hear me speak. But just think my daughter was born in prison and now her mom is giving back. Meeting the women right where they are," Brown said.

Both Burton and Brown also answered questions from the women.

"I think I have what it takes to show people that you can do what I've done. I'm no different. I've been in the jumpsuit. I've been in the tennis shoes. I've been in the flip flops with the socks. I've taken a shower in those in those steel, those steel showers and you know move control movement. I know what it takes. And using my life story. I am them. They are me. When you see them. You see me when you see me you see them. That is what it's truly about," Brown said.

Once the visit came to an end, there was a shift inside for everyone.

"You know, I came here to inspire them and to offer them something different so the woman says she was inspired. I'm inspired, that she's inspired. And I'm gonna go somewhere else and try to inspire again and again and again. But you know, just to have a little hope and inspiration can go a long way towards change," Burton added.

*Copyright 2023 WBTV. All rights reserved.*

**Wear These Correctors To Sleep For One Night, Then Brace Yourself**
Hyggear | Sponsored
Read More

**Don't Let Sciatica or Back Pain Take Over You - Take Control**
Experience the ease of NeuroMD's non-invasive technology for back pain, sciatica, and scoliosis relief. Click to learn more.
NeuroMD | Sponsored
Learn More

**Charlotte: Safer Dog Toys Take Over**
Say goodbye to guilt and mess with safer dog toys. Discover how easy it is to keep your pet safe.
Petlori.com | Sponsored
Learn More

**How To Stay Down And Compress The Golf Ball (Without Being Wide Open)**
Top 7 Coach "This Quick Fix Instantly Compresses Your Irons"
Performance Golf | Sponsored
Learn More

**Chuck Norris: I Avoid These 3 Foods Like The Plague**
Roundhouse Provisions | Sponsored

**These Are The Rolls-Royce Of Hearing Aids (And Under $100)**
Try it tonight
Top Trending News Today | Sponsored
Learn More

**Here's What a 6-Hour Gutter Upgrade Should Cost You In 2025**
LeafFilter Partner | Sponsored

**Here's The Estimated Cost of a 1-day Gutter Guards Installation**

≡

# Tiawana Brown celebrates opening of second home in the Charlotte area for women leaving prison

*May 17, 2024*

"**Tiawana Brown** [Leading with Conviction™ 2020] couldn't stop smiling [last month] when she opened the doors to a second home in the Charlotte area for women leaving the prison system.

"Brown, a Charlotte native, grew up in Southside Homes — public housing in Charlotte's South End — and later served a four-year federal prison sentence for fraud charges while in her 20s. She entered prison pregnant and gave birth to one of her two daughters while serving her sentence.

***We want them to know that there is truly life after incarceration ...***

house [April 11].

"Providing safe and stable housing for these women is important to their transition back into their communities, Brown said.

"'We can't expect our system of justice to succeed when our approach begins and ends with time behind bars,' Brown said in a statement ahead of the opening. ...

"Brown will welcome six women into the home ... and said she is interviewing another woman to allow her to move in with her baby.

"'We want them to know that there is truly life after incarceration,' Brown said. 'We want them to truly have a safe home.'"

**Read the full story at Yahoo.com.**

**Watch Tiawana's "walkthru" video on Instagram:**

# A SAFE space for women returning from incarceration

## Local & State

A SAFE space for women returning from incarceration

Published Tuesday, April 18, 2023 10:19 pm

by Herbert L. White (mailto:herb.l.white@thecharlottepost.com)

# A SAFE space for women returning from incarceration



COURTESY BEAUTY AFTER THE BARS

Charlotte Mayor Vi Lyles spoke at the opening of Beauty After The Bars' home for women returning from incarceration.

I want the FREE weekly newsletter! (https://www.thecharlottepost.com/charlottepost/index.php?src=forms&ref=ENEWSLETTER-News)

A Charlotte home for women returning from incarceration has opened its doors.

Beauty After The Bars debuted its first Sisterhood Alliance for Freedom and Equality, or SAFE home last week. The facility can serve up to 10 residents.

The SAFE Housing Network relies on the reentry housing model employed by Los Angeles-based A New Way Of Life, a nonprofit initiative with a recidivism rate of 1% among women living at its homes. The national rate is around 65%.

Nearly 2 million women are released from jails and prisons annually, and most of them are left to face barriers to reentering their communities – such as accessing housing, job skills and family services – alone.

"We can't expect our system of justice to succeed when our approach begins and ends with time behind bars," said Tiawana Brown, founder of Beauty After The Bars. "These women face immense challenges, and without a safe and supportive environment, they are at higher risk of returning to prison. This SAFE home will provide the foundation these women need to rebuild their lives, break the cycle of recidivism, and create a more just and equitable society for all."

Yes, I want to subscribe! (https://www.thecharlottepost.com/charlottepost/index.php?src=gendocs&ref=Subscribe&category=Circulation)

Beauty After the Bars is part of the SAFE Housing Network, a collaboration of 32 organizations in multiple countries that provide reentry services to formerly incarcerated people. The network, launched in 2018, works to bring the formerly incarcerated home and empower them to activists to end mass incarceration in four countries and 18 states. It's provided reentry services to nearly 4,000 people, housed 300 people, and reunited 30 parents with their children.

"If we want to reduce recidivism, victimization, and the extraordinary amount we spend on the archaic approach that we call our system of justice, we must support people as they return to our community," said Susan Burton, founder of A New Way of Life. "Beauty After The Bars is doing critical work to ensure these beautiful women have the resources and stability they need to thrive."

# Comments

# Leave a Comment

Name:

# Home opens, giving formerly incarcerated women a new lease on life

*Queen City News*

CHARLOTTE, N.C. (QUEEN CITY NEWS) – Leaders are working to give formerly incarcerated women a new lease on life.

A ribbon-cutting celebration occurred Thursday afternoon in Charlotte at **Beauty After the Bars**' first SAFE home.

'SAFE' stands for sisterhood alliance for freedom and equality.




*(Courtesy: Beauty After the Bars)*




*(Courtesy: Beauty After the Bars)*



*(Courtesy: Beauty After the Bars)*

The home provides a place for up to ten women returning to the community; they will work on rebuilding their lives and hopefully break the cycle of returning to incarceration.

"We can't expect our system of justice to succeed when our approach begins and ends with time behind bars," said Tiawana Brown, founder of Beauty After the Bars.

Organizers say this type of reentry housing is desperately needed in Mecklenburg County.

"These women face immense challenges, and without a safe and supportive environment, they are at higher risk of returning to prison," said Brown. "This SAFE home will provide the foundation these women need to rebuild their lives, break the cycle of recidivism, and create a more just and equitable society for all."

***Get breaking news alerts with the Queen City News mobile app. It's FREE! Download for iOS or Android***

Twenty-three women are already on the safe home waitlist.

News & Opinion Nooze Hounds

# Nooze Hounds: Tiawana Brown, founder of Beauty After the Bars

Episode 75

Ryan Pitkin • May 25, 2023 1 minute read



*Tiawana Brown (right), founder of Beauty After the Bars, with Mrs. Bee, a resident at Brown's newly opened SAFE Home in Mint Hill. (Photo by Ryan Pitkin)*

On episode 75 of the *Nooze Hounds* podcast, Ryan speaks with Tiawana Brown, founder of Beauty Behind the Bars, about her work helping women who are returning home from incarceration.

**Tiawana Brown with Beauty After the Bars**

Jun 2 · Nooze Hounds

Save on Spotify

36:03

Born and raised in Charlotte, Brown launched Beauty After the Bars after serving four years in federal prison on fraud charges. Through her organization, she partners with Sheriff Garry McFadden's Mecklenburg County Sheriff's Office to run a reentry and mentoring program in helping lowering recidivism rates locally.




In April, Brown celebrated the grand opening of her organization's first Sisterhood Alliance for Freedom and Equality (SAFE) Home in Mint Hill. Located on Lawyers Road, the new facility houses up to 10 women returning to the Charlotte community following their incarceration. She will soon open a second SAFE Home on the Beatties Ford Road corridor, and by September hopes to open two more — one on Clanton Road and another in University City — which she received the green light for just hours before coming on our podcast.

"We can't expect our system of justice to succeed when our approach begins and ends with time behind bars," Brown said upon opening the first SAFE Home in April. "These women face immense challenges, and without a safe and supportive environment, they are at higher risk of returning to prison. This SAFE home will provide the foundation these women need to rebuild their lives, break the cycle of recidivism, and create a more just and equitable society for all."




On the podcast, Brown discussed how her own experience with incarceration and the revolving door that leads to recidivism inspired her to make this her life's work, as well as the financial barriers and debt facing formerly incarcerated women and what it's

been like working with icons in her field such as Ramona Brant and Susan Burton.




Remember you can catch *Nooze Hounds* on Spotify and other places where you find podcasts and be sure to check out Queen City Podcast Network for a slew of other great Charlotte podcasts that aren't quite as good as ours but pretty damn close.
Find past *Nooze Hounds* episodes here.

***SUPPORT OUR WORK:*** *Get better connected and become a member of Queen City Nerve to support local journalism for as little as $5 per month. Our community journalism helps inform you through a range of diverse voices.*

BECOME A MEMBER

## Sign up for The Charlottean by Queen City Nerve

Join over 25,000 Charlotteans in getting our articles delivered straight to your inbox.

Name

Email *