***STATE OF NORTH CAROLINA***

***OATH OF OFFICE***

***COUNTY OF MECKLENBURG***

*I,* ***TIAWANA D. BROWN,*** *do solemnly swear that I will support the Constitution of the United States; that I will be faithful and bear true allegiance to the State of North Carolina, and to the constitutional powers and authorities which are or may be established for the government thereof; and that I will endeavor to support, maintain and defend the Constitution of said State, not inconsistent with the Constitution of the United States , and that I will discharge the duties of my office as* ***City Council Member of the City of Charlotte, North Carolina,*** to the best of my knowledge and ability; ***SO HELP ME GOD.***

Tiawana D. Brown

***TIAWANA D. BROWN***

*Sworn to and subscribed before me,*

Vi Lyles

*Vi Lyles, Mayor*
*City of Charlotte, North Carolina,*
*this 4th day of December 2023 at 6:00 p.m.*

CITY OF CHARLOTTE · MECKLENBURG · LS · 1775 · NORTH CAROLINA

# Proclamation

FROM

# SENATOR KEVIN S. PARKER

## HONORING

## *DR. COUNCILWOMAN TIAWANA BROWN*

**WHEREAS,** A GREAT STATE IS ONLY AS GREAT AS THOSE INDIVIDUALS WHO PERFORM EXEMPLARY SERVICE ON BEHALF OF THEIR COMMUNITY, WHETHER THROUGH UNIQUE ACHIEVEMENT IN PROFESSIONAL OR OTHER ENDEAVORS, OR SIMPLY THROUGH A LIFETIME OF GOOD CITIZENSHIP; AND

**WHEREAS,** IT IS THE PRIVILEGE OF THIS LEGISLATIVE BODY TO HONOR *DR. COUNCILWOMAN TIAWANA BROWN* FOR EXEMPLARY SERVICE TO THE COMMUNITY AND STATE UPON THE OCCASION OF *DAY OF MOTIVATION;* AND

AFTER DR. COUNCILWOMAN TIAWANA BROWN'S EXPERIENCE SERVING A FEDERAL SENTENCE STRIVES TO MAKE HER COMMUNITY A BETTER PLACE, FOUNDING A NONPROFIT ORGANIZATION CALLED BEAUTY AFTER THE BARS, WHICH AIMS TO PREVENT THE INCARCERATION OF WOMEN AND GIRLS. SHE DEVELOPED A MENTORING PROGRAM FOR SCHOOL-AGE CHILDREN, BELIEVE ACADEMIC SUCCESS BELONGS TO YOU; AND

**WHEREAS,** DURING DR. COUNCILWOMAN TIAWANA BROWN'S TENURE AS A BOARD MEMBER OF THE NATIONAL COUNCIL FOR INCARCERATED AND FORMERLY INCARCERATED WOMEN AND GIRLS, SHE PLAYED A KEY ROLE IN SECURING THE RELEASE OF MANY WOMEN IN THE FREE HER MOVEMENT. SHE HAS RECEIVED NUMEROUS AWARDS AND RECOGNITION FOR HER WORK, INCLUDING THE 2018 WHO'S WHO CHARLOTTE COMMUNITY SERVICE AWARD, 2022 KNOW WOMEN TOP 50 WOMEN IN CHARLOTTE, AND 2023 KNOW WOMEN TOP 100 IN AMERICA. COUNCIL MEMBER BROWN IS AN ACTIVE MEMBER OF THE BLACK POLITICAL CAUCUS, AFRICAN AMERICAN POLITICAL CAUCUS, NAACP, AND DEMOCRATIC WOMEN FOR MECKLENBURG COUNTY. SHE IS ALSO A LONGSTANDING BOARD MEMBER OF CHARLOTTE-BASED SAFEGUARD ATONE VALIDATE EDUCATE; AND

**WHEREAS,** IT IS THE BELIEF OF THIS LEGISLATIVE BODY THAT WHEN INDIVIDUALS OF SUCH NOBLE AIMS AND ACCOMPLISHMENTS ARE BROUGHT TO OUR ATTENTION IT IS APPROPRIATE TO PUBLICLY PROCLAIM AND COMMEND THOSE INDIVIDUALS FOR THE EDIFICATION AND EMULATION OF OTHERS; AND

**WHEREAS,** SUCH SERVICE, WHICH IS TRULY THE LIFEBLOOD OF THE COMMUNITY AND THE STATE, SO OFTEN GOES UNRECOGNIZED AND UNHERALDED; NOW THEREFORE, BE IT

**RESOLVED,** THEREFORE I, STATE SENATOR KEVIN PARKER, RECOGNIZE THAT IN *DR. COUNCILWOMAN TIAWANA BROWN* WE HAVE AN INDIVIDUAL WORTHY OF OUR HIGHEST RESPECT AND ESTEEM; AND BE IT FURTHER

**RESOLVED,** THAT A COPY OF THIS PROCLAMATION BE TRANSMITTED TO *DR. COUNCILWOMAN TIAWANA BROWN* DURING TODAY'S EVENT.

August 30, 2025
DATE

NEW YORK STATE SENATE

Kevin Parker
SENATOR KEVIN S. PARKER
21ST SENATE DISTRICT

# The Maryland General Assembly

## Official Citation

Be it hereby known to all that
sincerest congratulations
are offered to

*Tiawana Brown*

in recognition of

*your unselfish work in our communities and*
*for making a change for children everywhere.*

Presented on this 19th day of August 2023

by

Senator Mary L. Washington, Ph.D

Delegate Regina T. Boyce

Delegate Elizabeth Embry

of Baltimore City - Legislative District 43A

# Duke University

## Learning Innovation and Lifetime Education

*This is to certify that*

Tiawana Brown

*has satisfactorily completed the requirements for the*

Certificate in Nonprofit Management - Intensive Track

Dr. Yakut Gazi, Vice Provost for
Learning Innovation and Lifetime Education

June 2025

*Date*

# LIFETIME ACHIEVEMENT AWARD

THE PRESIDENT'S LIFETIME ACHIEVEMENT AWARD

*With grateful recognition AmeriCorps*
*and the office of the President of the United States*
*Honors*

## DR. TIAWANA BROWN

*With the President's Lifetime Achievement Award for their lifelong commitment to building a stronger nation through volunteer service*

President Joseph R. Biden, Jr.

2023

Awarded

# Robeson Community College

A Unit in the North Carolina System of Community Colleges

Presents this Certificate to

## Tiawana Brown

For Successful Completion of the

Adult Continuing Education Course in

NC Community Health Worker

Date: June 6, 2022

Hours: 115

C.E.U.'s: 11.5

Suzanne King

Christy Locklear

# Certificate of Completion

This certifies that

Tiawana Brown

has successfully met the requirements of

FreeHer 2023 Fellowship

On this 1ST day of June, 2023

[signature]

© 2022 Great Papers

# CERTIFICATE OF PARTICIPATION

THIS ACKNOWLEDGES THAT

Tiawana Brown

HAS SUCCESSFULLY COMPLETED THE

**STRONG AS US WORKSHOP & PRESENTATION AT WOODFOREST BANK/Wilkinson Blvd**

January 23, 2025

*Ms. Regina "Queen G" Hardy, CEO*

# NORTH CAROLINA COMMUNITY HEALTH WORKER ASSOCIATION

*This certificate is awarded to:*

Tiawanna Deling Brown

This document certifies that the individual named above has successfully completed all requirements for certification as a **Community Health Worker I.**

Honey Y Estrada

**Honey Yang Estrada**
*President, NCCHWA*

CERTIFICATION NO: 670

EFFECTIVE DATE: DECEMBER 1, 2022

EXPIRATION DATE: 11/31/2025

# CERTIFICATE

OF COMPLETION

This certificate is proudly presented to

## *Tiawana Brown*

For having successfully completed the Orientation Classes of Greater Mount Sinai Baptist Church.

Rev. Dr. Major A. Stewart
Senior Pastor

February 2, 2025
Date

Deaconess Joyce Watkins
Orientation Ministry Coordinator

# CERTIFICATE
## OF APPRECIATION

**This Certificate Is Proudly Presented To**

*Councilwoman Tiawana Brown*

For your support of West Charlotte High School and our Decision Day 2024 Program.

**Mr. Orlando Robinson**
*Principal*

# Upper Room Theological University Inc.

ELOHIM EST. NC 2019

CONFERRED UPON

# Dr. Tiawana Brown

# Doctorate Degree

**Honorary Humanitarianism**

MATTHEW 25

35 For I was an hungred, and ye gave me meat: I was thirsty, and ye gave me drink: I was a stranger, and ye took me in: 36
Naked, and ye clothed me: I was sick, and ye visited me: I was in prison, and ye came unto me. 37 Then shall the righteous
answer him, saying, Lord, when saw we thee an hungred, and fed thee? or thirsty, and gave thee drink? 38 When saw we thee
a stranger, and took thee in? or naked, and clothed thee? 39 Or when saw we thee sick, or in prison, and came unto thee? 40
And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done it unto one of the least of
these my brethren, ye have done it unto me.

Given On This Day Saturday, October 5, 2024 The Year Of Our Adonai

Dr. Cameron
PRESIDENT

Dr. Gibbs
EXECUTIVE OFFICE MANAGER
HOOD ADVISOR


2025
CHANGE MAKER
AWARD
Awarded to
IN RECOGNITION OF THEIR INSPIRING
LEADERSHIP IN DISMANTLING BARRIERS
AND CREATING OPPORTUNITIES FOR ALL

LEADING WITH CONVICTION
JLUSA
jlusa.org
2020

# CERTIFICATE OF ACHIEVEMENT

## TIAWANA BROWN

SUCCESSFULLY COMPLETED

JUSTLEADERSHIPUSA'S

LEADING WITH CONVICTION LEADERSHIP DEVELOPMENT TRAINING

JANUARY — DECEMBER 2020

David Mensah, Senior Training Consultant, JLUSA

DeAnna R. Hoskins, MS, BSW, CPM, President/CEO, JLUSA

North Carolina Certified Peer Support Specialist Program

# CERTIFICATE of COMPLETION

Presented to:

**Tiawana Brown**

In Recognition of Completing:

**Peer Support - Boundaries**

Contact Hours: 2.0

Presenter(s):

Delton Russell

This course was completed via self-paced online training at pss.unc.edu on:

04/19/26

The North Carolina Certified Peer Support Specialist (NCCPSS) Program is solely responsible for all aspects of webinars and asynchronous training. The successful completion of this online course qualifies for:

Contact Hours: 2.0

Program Director:

Dr. Bernice K. Adjabeng

North Carolina Certified Peer Support Specialist Program

UNC SCHOOL OF SOCIAL WORK



## Tiawana Brown | Founder, Beauty After the Bars

QCITY METRO'S THE GREAT 28

Brown works tirelessly on behalf of incarcerated women. She is said to be the first formerly incarcerated person to serve on the Charlotte City Council, elected in 2023 to represent District 3 in west Charlotte. Her vision, she says, is "to support women from the inside out." Brown has partnered with the Mecklenburg County Sheriff's Office to provide programs inside county detention facilities, and her nonprofit provides housing and other support services for women post-incarceration, as well as for women facing domestic violence and substance abuse.

**"I press through and continue to do this work for all of the women who are still under the restraints of our criminal justice system."**

# Tiawana Brown

*Founder, Beauty After the Bars*

**Brown is a tireless worker** on behalf of incarcerated women and a role model. She is the first formerly incarcerated person to serve on the Charlotte City Council. Her vision, she says, is "to support women from the inside out." She has partnered with the Mecklenburg County Detention Center to offer programs inside the facility, and her nonprofit provides housing and other reentry support for women post-incarceration.



"I press through and continue to do this work for all of the women who are still under the restraints of our criminal justice system."

Case 3:25-cr-00106-KDB-DCK Document 90-5 Filed 09/15/26 Page 17 of 20


PHOTO CREDIT: FLOWERSOME PHOTOGRAPHY

*What God has for you is yours!*

Tiawana "Tia" Brown, a distinguished Charlotte native, is a testament to the strength and guidance provided by her remarkable mother, Artie Brown. A proud mother to two daughters, Antoinette and Tijema, Tiawana holds her family ties in the highest regard. Her dedication to her community is reflected in her founding of the non-profit Beauty After the Bars in 2017, which garnered recognition from Charlotte Pride Magazine during Women's History Month in 2019. As a Just Leadership USA's 2020 cohort member in New York City, Tiawana has demonstrated her commitment to leadership and societal reform. In 2022, she was the esteemed recipient of Susan Burton's New Way of Life Safe Home for Women Grant. Tiawana's professional accolades extend to her role as a small business owner and her Community Healthcare and Peer Support Specialist certification by the State of North Carolina. Her historic election to the Charlotte City Council for District 3 in 2023, where she won every precinct in both the primary and general elections, marked her as the first formerly incarcerated individual to achieve such a position, setting a groundbreaking precedent for inclusive and representative governance.

## Beauty after the Bars

@beautyafterthebars

Info@beautyafterthebars.org

Beautyafterthebars.com

# TIAWANA "TIA" BROWN

Case 3:25-cr-00106-KDB-DCK Document 90-5 Filed 09/15/26 Page 18 of 20



PHOTO CREDIT: FLOWERSOME PHOTOGRAPHY

## NON-PROFIT

Tiawana Brown, aka "Tia" a Charlotte native, was raised by her phenomenal mother, Artie Brown. She has two adult daughters, Antoinette and Tijema. Tiawana loves her family. She founded her nonprofit Beauty after the Bars in 2017. She was a 2022 Candidate for Charlotte City Council District #3. Midterm Elections 2022, she was a Regional Director for Cheri Beasley's Campaign. Tia is a Board member and active member of the National Council for Incarcerated and formerly incarcerated Women and Girls. Recognized by Charlotte Pride Magazine 2019- for Women's History Month. She is a JLUSA-Just Leadership NYC-2020 COHORT. In 2022 she was awarded Susan Burton's New Way of Life -Safe home for Women Grant. She attends Johnson C. Smith University, where she maintains a 4.0. She is a Small business owner, Community Healthcare and Peer Support Specialist certified through the State of North Carolina.

**Beauty after the Bars**

@beautyafterthebars @tiawanabrown

@beautyafterthebars @Tiawana Brown

beautyafterthebars.com tiawanabrown.com

# TIAWANA BROWN


FIGHT
like
HELL
KRISTIE PUCKETT
LATISHA FACYSON
TIAWANA BROWN
PAMELA WINN
STORIES OF:
SURVIVING
REPRODUCTIVE
INJUSTICE WHILE
INCARCERATED
APR 11-12
7pm
BLACKBOX THEATER
IN SWAIN AT
UNC CHAPEL HILL