American Airlines

December 3, 2025

To: Tiawana Brown #028586
Customer Service Agent-CLT

RE: Termination

Based on criminal charges filed earlier this year, which include potential disqualifying crimes under SIDA regulations, the decision was made to place you on a personal leave of absence to allow time for these charges to be resolved. This approach is consistent with how similar cases are handled.

Because the Company did not receive documentation confirming resolution in your case, your leave of absence ended on December 1st. While we understand that you have not been convicted, the pending charges present significant concerns for maintaining your employment. Given the duties of Customer Service Agents, and the highly confidential passenger information to which they have access, we believe the charges warrant termination of your employment. The Rules of Conduct specifically state:

- Team members charged with a criminal offense, on or off duty, may immediately be withheld from service. Any action constituting a criminal offense, whether committed on duty or off duty, will be grounds for dismissal.
- See that your conduct reflects credit upon American Airlines. This includes paying your just debts, thereby avoiding complaint from creditors or garnishment proceedings.
- Conduct yourself in a moral and decent manner.
- Consider the welfare of the Company and your fellow team members. Perform no act that is detrimental to either.

As a result, your employment with American Airlines will be terminated as outlined in the letter you received when placed on a personal leave of absence.

Sincerely,

Jesus Sanz
GM - Customer Care
Charlotte Douglas International Airport