**Stephan R**, UK, 6h ago

Another liberal loser...

Reply | Click to rate ⇧ 7 ⇩ 0

**nhooterville**, US, 8h ago

So she already went to prison for fraud, prior. Now after not learning her lesson and doing it again, she gets probation??

Reply | Click to rate ⇧ 37 ⇩ 0

**JetCake**, US, 11h ago

She is a sleazy low life. Entitled fat and needs to get some mental help. Disgusting. Those followers on social media need to get a life too. People like her are a lowers than a snake belly.

Reply | Click to rate ⇧ 47 ⇩ 3

**CoolWhipp007**, US, 12h ago

Because our justice was a joke

Reply | Click to rate ⇧ 50 ⇩ 1

**Fifi dat me.**, Cayman Islands, 12h ago

Another one.

Reply | Click to rate ⇧ 44 ⇩ 1

**ZirconGadgetGarnet**, US, 12h ago

Google

Continue

Daily Mail

**Maria Bartiromo was completely iced out at Fox News in weeks before her exit, report claims, after she allegedly shared internal memo with White House**



**Utah mother is accused of inflicting horrific abuse on her three-month-old twin babies**



**Hold the pajamas and leggings! This is how to elevate your airport style with three simple swaps**



**I spent hours scrolling Amazon's Labor Day weekend sale - here are the fashion deals that will sell out**
SHOPPING



**Daily Mail launches The Spotlight US: Sign up for Hollywood scoops, scandals and the hottest tea from**



Reply | Click to rate 56 3

**Doug Jensen**, US, 23h ago

Oink, oink.

Reply | Click to rate 25 0

**FabulousFreddy**, US, 23h ago

Woof, woof.

Reply | Click to rate 12 1

**Dr. Beth**, US, 23h ago

Baffles me that people with a criminal record are allowed to hold any position in public office.

Reply | Click to rate 47 1

**DonaldLovesChildren**, Australia, 23h ago

Amazing how few comments these stories gather when its a Red State.

Reply | Click to rate 5 32

**FibulaBumperHelium**, Equatorial Guinea, 1d ago

Well, that'll teach them not to do that again

Reply | Click to rate 24 1

**Islandghal**, 1d ago

Can we just have these type of headlines identify party affiliation for ease

Sign in to dailymail.com with Google

Continue

**Georgina Rodriguez removes her $3million engagement ring from Ronaldo to show off huge Chopard diamond jewellery at Venice Film Festival premiere**



**Amal Clooney wears $1,600 Stella McCartney mesh dress as she holds hands with husband George as they head to Venice Film Festival event**



**Alix Earle finally addresses 'fun' Tom Brady romance... after flirty New Year's Eve and Super Bowl exchanges**



**Julia Louis-Dreyfus reveals there was 'tons' of tension on Seinfeld set: 'You're going to butt heads'**



**Is Sydney Sweeney hinting at marriage plans? Actress wears an array of bridal white dresses at the Venice Film Festival**



## FOX8's Post

View 1 reply

**Teresa Kagle** · 1d
Imagine that
Reply 1

**Helen Lester** · 1d
No prison time is expected? If it were me or any other everyday person we would be given 20 years I'm sure!
Reply 8

**Anthony Stockwell** · 1d
Another democrat not surprised
Reply 1

**John Sharpe** · 1d
BLM black looters matter.
Reply 1

**Lane Pryce** · 1d
Slap on the wrist, if that.
Reply 1

**Rita B Johnson** · 1d
Crooks
Reply

**Michael Cato** · 1d
Her fake hair looks stupid!
Reply

Write a comment...

**PistolofPete** • 1y ago



**BilboWaggonz** • 1y ago

The shit apple doesn't fall far from the shit tree.

**Sufficient_Article_7** • 1y ago

Mr. Lahey? How were you sober enough to type that?

**BilboWaggonz** • 1y ago

Couple a drinks, Randinator.

## FOX8's Post

**Teresa Kagle** · 4d
Imagine that
Reply 👍 1

**Helen Lester** · 4d
No prison time is expected? If it were me or any other everyday person we would be given 20 years I'm sure!
Reply 👍😢 8

**Anthony Stockwell** · 4d
Another democrat not surprised
Reply 👍 1

**John Sharpe** · 4d
BLM black looters matter.
Reply ❤️ 1

**Moe Keepitreal Moss** · 1d
🤔 The biggest crooks are in the Whitehouse stealing billions of dollars on a daily basis and y'all are focused on this? Yea, makes a lot of sense now!
Reply Edited

**Lane Pryce** · 4d
Slap on the wrist, if that.
Reply 😢 1

**Michael Cato** · 4d
Her fake hair looks stupid!
Reply

**Rita B Johnson** · 4d
Crooks
Reply

Write a comment...

View 2 replies

**Harry Naasz** · 10w
does costco sell tar and feathers??

Reply 👍 29

**Shirley Bankston** · 10w
Harry Naasz Totally agree ! 😡😡😡🙏🙏🙏🇺🇸🇺🇸🇺🇸

Reply

**Kevin Isaac** · 10w
Harry Naasz , home hardware does

Reply 👍 1

**Bob Evans** · 10w
Absolutely I'd like to see where these scumbags are caught, when they are charged and prosecuted and put in prison. Stories almost every day, but none are in jail, or prosecuted

Reply 👍 102

View 1 reply

Write a comment...

Reply 36

**Dewey Bledsoe** · 10w
DEI was the only reason she was there.

Reply 14

**Thomas Cole** · 10w
Restitution first, then prosecute

Reply 14

**Christina Closs** · 10w
Take all assets linked to her plus freeze bank acct..

Reply 18

**Paul Pandocchi** · 10w
How about gain full employment at Popeyes when she's on parole

Reply 12

**Michael Messier** · 10w
Absolutely yes

Reply 26

Write a comment...

Reply 4

**Brian Thomas** · 10w
Perhaps she thought it was her personal reparations

Reply 3

**Mike Seitz** · 10w
Jail steeling reparations. Lol 😆 😂 🤣

Reply 3

**Marv Ulbricht** · 10w
Hell yes

Reply 3

**Lj N Doe** · 10w
Don't forget about her daughter's assets...

Reply

**Jim Shelton** · 10w
Key word stole.

Reply

Write a comment...