IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

v.

TIAWANA BROWN

Case No.: 3:25CR106

**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMO**

In support of her disparity argument, the Defendant also submits case 3:25CR218 (NCWC), in which the defendant fraudulently obtained $520,832 in pandemic-related loan proceeds. He received a sentence of 14 months of probation with 12 months of home detention on July 14, 2026.

Respectfully submitted,

s/ Rob Heroy
W. Rob Heroy
Bar No. 35339
Goodman Carr, PLLC
301 S. McDowell St., #602
Charlotte, NC 28204
Phone: 704-372-2770
E-mail: rheroy@goodmancarr.net

## Certificate of Service

On September 16, 2026, I served a copy of the preceding Supplement on AUSA Matthew T. Warren and AUSA Benjamin Bain-Creed through ECF.

s/ Rob Heroy
W. Rob Heroy